UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA; MICHAEL PINOLA; AND DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02075-TLN-KJN<br><br>**ORDER GRANTING STIPULATED REQUEST TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** |

Having reviewed the parties' stipulated request to allow Plaintiff to file a First Amended Complaint, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff is granted leave to file a First Amended Complaint. Plaintiff Mary Ellen Lennox shall file her First Amended Complaint on or before January 10, 2022. Defendants shall file their response to the

1 | First Amended Complaint no later than twenty-one (21) days after the amended
2 | complaint is filed.
3 |     IT IS ALSO ORDERED that Defendant State of California shall file a notice
4 | withdrawing its Motion to Dismiss (ECF No. 6) no later than three (3) court days
5 | from service of this order.
6 |     IT IS SO ORDERED.
7 |
8 | DATED: December 20, 2021
9 |                         Troy L. Nunley
                         United States District Judge