# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA; MICHAEL PINOLA; AND DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02075-TLN-KJN<br><br>*Honorable Troy N. Nunley*<br><br>**ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER** |

The Court is in receipt of the parties' Stipulation for to Modify the Scheduling Order. In accordance with the parties' Stipulation and good cause appearing, it is ordered as follows:

1. The Initial Pretrial Scheduling Order (ECF No. 2), is modified solely with regard to the deadline for filing an amended pleading, to and including May 31, 2022.
2. Defendants' responses to Plaintiff's First Amended Complaint shall be served and filed no later than thirty (30) days after service of the Second Amended Complaint.
3. All days currently scheduled in this matter, including the trial date, are not affected by this order.

IT IS SO ORDERED.

DATED:  March 29, 2022

Troy L. Nunley
United States District Judge