UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA; MICHAEL PINOLA; MICHAEL G. SIMPSON; TRAVIS HUNKAPILLER; RUVMIN TSVEROV; ROBERT LINDNER; ANGEL ESPINOZA; JOSEPH SWALEH; JASON FINNECUM; JOHN HELMICH; and DOES 9-10, inclusive,<br><br>Defendants. | **Case No.** 2:21-cv-02075-TLN-KJN<br><br>**ORDER RE: STIPULATION TO VOLUNTARILY DISMISS DEFENDANT COUNTY OF SACRAMENTO WITHOUT PREJUDICE** |

/ / /
/ / /

1   Case No.: 2:21-cv-02075-TLN-KJN

ORDER

The Court has read and considered the Parties Stipulation to Voluntarily Dismiss this action against Defendant County of Sacramento without prejudice, and orders the case dismissed without prejudice against Defendant County of Sacramento only.

**IT IS SO ORDERED.**

DATED: May 19, 2022

Troy L. Nunley
United States District Judge