# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA; CITY OF SACRAMENTO; MICHAEL PINOLA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02075-TLN-KJN<br><br>*Honorable Troy N. Nunley*<br><br>**ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |

The Court is in receipt of the parties' Stipulation for and Order Granting Leave for Plaintiff to File Second Amended Complaint. In accordance with the parties' stipulation and good cause appearing, it is ordered as follows:

1. Plaintiff is granted leave to file her Second Amended Complaint **within seven (7) days.**
2. Defendants' response to Plaintiff's Second Amended Complaint shall be served and filed no later than thirty (30) days after service of the Second Amended Complaint.

3. All days currently scheduled in this matter, including the trial date, are not affected by this order.

IT IS SO ORDERED.

DATED:  May 23, 2022

_____
Troy L. Nunley
United States District Judge