LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; STATE OF CALIFORNIA; MICHAEL PINOLA; MICHAEL SIMPSON; TRAVIS HUNKAPILLER; RUVMIN TSVEROV; ROBERT LINDNER; ANGEL ESPINOZA; JOSEPH SWALEH; JASON FINNECUM; and JOHN HELMICH,<br><br>Defendants. | Case No. 2:21-cv-02075-DAD-CSK<br><br>Assigned to:<br>*Hon. District Judge Dale A. Drozd*<br>*Hon. Maj. Judge Chi Soo Kim*<br><br>**STIPULATION TO VOLUNTARILY DISMISS CERTAIN CLAIMS WITH PREJUDICE**<br><br>[*Proposed Order filed concurrently herewith*] |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIBULATED BY AND BETWEEN Plaintiff MARY ELLEN LENNOX; Defendants State of California, by and through the California Highway Patrol, and Michael Simpson; and Defendants City of Sacramento, Michael Pinola, Travis Hunkapiller, Ruvim Tsverov, Robert Lindner, Angel Espinoza, Joseph Swaleh, Jason Finnecum, Ruvim Tsverov, Robert Lindner, Angel Espinoza, Joseph Swaleh, Jason

Finnecum, and John Helmich, by and through their attorneys of record, as follows:

WHEREAS, Plaintiff filed her original Complaint on August 25, 2021;

WHEREAS, Plaintiff filed her Second Amended Complaint, which is the operative complaint in this action, on May 27, 2022 (Dkt. 21);

WHEREAS, Plaintiff has agreed to voluntarily dismiss the following claims in their entirety, with prejudice:

    a. Fourth Amendment – Denial of Medical Care (Claim 2)

    b. Municipal Liability – Unconstitutional Custom, Practice, or Policy (Claim 4)

    c. Municipal Liability – Ratification (Claim 5)

WHEREAS, in its August 16, 2024, Order addressing Defendants' motions for summary judgment, the Court directed the parties to file a stipulation confirming the above-noted voluntary dismissals (Dkt. 61 n.6);

Therefore, and based on the foregoing, the Parties hereby stipulate and jointly request an order to hereby dismiss, in their entirety and with prejudice, Plaintiff's claims for:

    a. Fourth Amendment – Denial of Medical Care (Claim 2)

    b. Municipal Liability – Unconstitutional Custom, Practice, or Policy (Claim 4)

    c. Municipal Liability – Ratification (Claim 5)

The parties agree to bear their own costs and fees incurred in connection with the above-listed claims.

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

DATED: September 6, 2024               LAW OFFICES OF DALE K. GALIPO

                                        */s/ Dale K. Galipo*
                                        DALE K. GALIPO
                                        RENEE V. MASONGSONG
                                        BENJAMIN S. LEVINE
                                        Attorneys for Plaintiff MARY ELLEN LENNOX


DATED: September 6, 2024               ROB BONTA
                                        Attorney General of California
                                        CHRISTINE E. GARSKE
                                        Supervising Deputy Attorney General

                                        */s/ Diana Esquivel* (as authorized 9/6/24)

                                        DIANA ESQUIVEL
                                        Attorneys for Defendants STATE OF CALIFORNIA and MICHAEL SIMPSON


DATED: September 6, 2024               CITY OF SACRAMENTO

                                        */s/ Kate D.L. Brosseau* (as authorized 9/6/24)
                                        SUSAN ALCALA WOOD
                                        SEAN D. RICHMOND
                                        KATE D.L. BROSSEAU
                                        Attorneys for Defendants CITY OF SACRAMENTO, MICHAEL PINOLA, TRAVIS HUNKAPILLER, RUVMIN TSVEROV, ROBERT LINDNER, ANGEL ESPINOZA, JOSEPH SWALEH, JASON FINNECUM, and JOHN HELMICH