**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; STATE OF CALIFORNIA; MICHAEL PINOLA; MICHAEL SIMPSON; TRAVIS HUNKAPILLER; RUVMIN TSVEROV; ROBERT LINDNER; ANGEL ESPINOZA; JOSEPH SWALEH; JASON FINNECUM; and JOHN HELMICH,<br><br>Defendants. | Case No. 2:21-cv-02075-DAD-CSK<br><br>**[PROPOSED] ORDER RE: STIPULATION TO VOLUNTARILY DISMISS CERTAIN CLAIMS WITH PREJUDICE** |

1

The Court has read and considered the Parties' Stipulation to Voluntarily Dismiss Certain Claims with Prejudice.

Pursuant to that Stipulation, IT IS HEREBY ORDERED that the following claims asserted in Plaintiff's operative complaint be, and hereby are, DISMISSED with prejudice:

    a.    Fourth Amendment – Denial of Medical Care (Claim 2);

    b.    Municipal Liability – Unconstitutional Custom, Practice, or Policy (Claim 4); and

    c.    Municipal Liability – Ratification (Claim 5).

**IT IS SO ORDERED.**

DATED: _____    _____
                                                  Honorable Dale A. Drozd
                                                  U.S. District Judge