LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF SACRAMENTO; STATE OF CALIFORNIA; MICHAEL PINOLA; MICHAEL SIMPSON; TRAVIS HUNKAPILLER; RUVMIN TSVEROV; ROBERT LINDNER; ANGEL ESPINOZA; JOSEPH SWALEH; JASON FINNECUM; and JOHN HELMICH,<br><br>          Defendants. | Case No. 2:21-cv-02075-DAD-CSK<br><br>Assigned to:<br>*Hon. District Judge Dale A. Drozd*<br>*Hon. Maj. Judge Chi Soo Kim*<br><br>**JOINT NOTICE OF TRIAL READINESS** |

**TO THE HONORABLE COURT:**

   Pursuant to the Court's Initial Pretrial Scheduling Order, the parties hereby submit the following Joint Notice of Trial Readiness. [Dkt. 2 at 5-6; *see* Dkt. 61.]

/ / /

/ / /

### A. Appropriateness of Special Procedures

The parties do not currently believe special procedures will be required for trial.

### B. Estimated Trial Length

The parties estimate the total trial length will be at least eleven (11) court days.

Inclusive of opening statements, closing arguments, jury selection, finalization of jury instructions, and issuance of jury instructions, the estimated number of court days required for each party to present its case is as follows:

1. <u>Plaintiff Mary Ellen Lennox</u>: Four (4) court days.
2. <u>State Defendants</u> (State of California and Michael Simpson): Two (2) court days.
3. <u>City Defendants</u> (City of Sacramento, Michael Pinola, Travis Hunkapiller, Ruvim Tsverov, Robert Lindner, Angel Espinoza, Jason Finnecum, and John Helmich: Five (5) court days.

### C. Request for Jury

All parties have requested a trial by jury. [Dkt. 21, 24, 25.]

### D. Availability for Trial

The Court has set a date of February 10, 2025, to begin the jury trial in this action. [Dkt. 63.]

Plaintiff's counsel has advised the Court's staff that Plaintiff's lead trial counsel currently has trials scheduled in other matters that conflict with the February 10, 2025, date, but that those matters are likely to resolve before trial. Plaintiff's counsel will keep the Court and counsel updated regarding the status of those potential conflicts as the scheduled trial date approaches.

Defendants are available to begin trial as scheduled on February 10, 2025.

### E. Settlement Conference

Plaintiff is open to attending a Settlement Conference or mediation if Defendants believe it would be meaningful.

State Defendants are willing attempt to resolve this case before trial, with the nature

of that effort to be determined by meeting and conferring with counsel.

     City Defendants are equally open to attending a Settlement Conference or mediation and believe such efforts would be meaningful.

     Respectfully submitted,

DATED: September 16, 2024     LAW OFFICES OF DALE K. GALIPO

                                                          /s/ *Dale K. Galipo*
DALE K. GALIPO
RENEE V. MASONGSONG
BENJAMIN S. LEVINE
Attorneys for Plaintiff MARY ELLEN LENNOX

DATED: September 16, 2024     ROB BONTA
Attorney General of California
CHRISTINE E. GARSKE
Supervising Deputy Attorney General

                                                          /s/ *Diana Esquivel*  (as authorized 9/16/24)

DIANA ESQUIVEL
Attorneys for Defendants STATE OF CALIFORNIA and MICHAEL SIMPSON

DATED: September 16, 2024     CITY OF SACRAMENTO

                                                          /s/ *Kate D.L. Brosseau* (as authorized 9/16/24)
SUSAN ALCALA WOOD
SEAN D. RICHMOND
KATE D.L. BROSSEAU
Attorneys for Defendants CITY OF SACRAMENTO, MICHAEL PINOLA, TRAVIS HUNKAPILLER, RUVMIN TSVEROV, ROBERT LINDNER, ANGEL ESPINOZA, JOSEPH SWALEH, JASON FINNECUM, and JOHN HELMICH