**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF CALIFORNIA; CITY OF SACRAMENTO; MICHAEL PINOLA; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:21-cv-02075-DAD-KJN <br><br> Assigned to: <br> *Honorable Dale A. Drozd* <br> *Honorable Kendall J. Newman* <br><br> **JOINT EXHIBIT LIST** |

JX-1. Interview of Angel Espinoza (audio)

    a. Transcript of Interview of Angel Espinoza (for identification only)

JX-2. Photographs of Angel Espinoza's 40 millimeter launcher (2)

JX-3. Interview of Jason Finnicum (audio)

    a. Transcript of interview of Jason Finnicum (for identification only)

JX-4. Jason Finnicum Charting Photographs (5)

JX-5. Photographs of Jason Finnicum's beanbag shotgun (2)

JX-6. Interview of John Helmich (audio)
   a. Transcript of interview of John Helmich (for identification only)
JX-7. Photographs of John Helmich's 40 millimeter launcher (2)
JX-8. Interview of Travis Hunkapiller (audio)
   a. Transcript of interview of Travis Hunkapiller (for identification only)
JX-9. Travis Hunkapiller Charting Photographs (5)
JX-10. Interview of Robert Lindner (audio)
   a. Transcript of interview of Robert Lindner (for identification only)
JX-11. Robert Lindner Charting Photographs (5)
JX-12. Photographs of Robert Lindner's 40 millimeter launcher (3)
JX-13. Interview of Michael Pinola (audio)
   a. Transcript of interview of Michael Pinola (for identification only)
JX-14. Photographs of Michael Pinola's firearm (2)
JX-15. Michael Pinola Charting Photographs (5)
JX-16. Photographs of Michael Simpson's firearm and ammunition (6)
JX-17. Photographs of Ofr. Simpson, Round Count, and Patrol Vehicle, taken by CHP [AGO537-AGO574]
JX-18. Interview of Joseph Swaleh (audio)
   a. Transcript of interview of Joseph Swaleh (for identification only)
JX-19. Photographs of Joseph Swaleh's beanbag shotgun (2)
JX-20. Interview of Ruvmin Tsverov (audio)
   a. Transcript of interview of Ruvmin Tsverov (for identification only)
JX-21. Ruvmin Tsverov Charting Photographs (5)
JX-22. Photograph of Ruvmin Tsverov's Taser
JX-23. Video recording from the body-worn camera of Michael Pinola with stills

| | |
|---|---|
| 1 | JX-24.     Video recording from the body-worn camera of Travis |
| 2 | Hunkapiller with stills |
| 3 | JX-25.     Video recording from the body-worn camera of Ruvim Tsverov |
| 4 | with stills |
| 5 | JX-26.     Video recording from the body-worn camera of Jason Finnicum |
| 6 | with stills |
| 7 | JX-27.     Video recording from the body-worn camera of Ben Gray with |
| 8 | stills |
| 9 | JX-28.     Video recording from the Bel-Air Grocery Store surveillance |
| 10 | camera titled "PTZ#7" and Bates stamped as AGO363 |
| 11 | JX-29.     Video recording from the Bel-Air Grocery Store surveillance |
| 12 | camera titled "Front End" and Bates stamped as AGO365 |
| 13 | JX-30.     Video recording from the Bel-Air Grocery Store surveillance |
| 14 | camera titled "Self Check Backside" and Bates stamped as AGO367 |
| 15 | JX-31.     Scene Photographs – Interior Grocery Store |
| 16 |     a. 20-362291_045.JPG_9168523 |
| 17 |     b. 20-362291_048.JPG_9168532 |
| 18 |     c. 20-362291_049.JPG_9168535 |
| 19 |     d. 20-362291_050.JPG_9168538 |
| 20 |     e. 20-362291_054.JPG_9168550 |
| 21 |     f. 20-362291_055.JPG_9168553 |
| 22 |     g. 20-362291_057.JPG_9168559 |
| 23 |     h. 20-362291_058.JPG_9168562 |
| 24 |     i. 20-362291_059.JPG_9168565 |
| 25 |     j. 20-362291_064.JPG_9168580 |
| 26 |     k. 20-362291_103.JPG_9168697 |
| 27 |     l. 20-362291_317.JPG_9169339 |
| 28 |     m. 20-362291_318.JPG_9169342 |

JOINT EXHIBIT LIST

1      n. 20-362291_320.JPG_9169348
2      o. 20-362291_324.JPG_9169360
3      p. 20-362291_326.JPG_9169366
4      q. 20-362291_327.JPG_9169369
5      r. 20-362291_328.JPG_9169372
6      s. 20-362291_330.JPG_9169378
7      t. 20-362291_331.JPG_9169381
8      u. 20-362291_337.JPG_9169399
9      v. 20-362291_345.JPG_9169423
10      w. 20-362291_346.JPG_9169426
11      x. 20-362291_349.JPG_9169435
12      y. 20-362291_350.JPG_9169438
13      z. 20-362291_383.JPG_9169537
14      aa. 20-362291_385.JPG_9169543
15      bb. 20-362291_395.JPG_9169573
16      cc. 20-362291_403.JPG_9169597
17      dd. 20-362291_409.JPG_9169615
18      ee. 20-362291_433.JPG_9169687
19      ff. 20-362291_437.JPG_9169699
20      gg. 20-362291_438.JPG_9169702
21      hh. 20-362291_439.JPG_9169705
22      ii. 20-362291_483.JPG_9169837
23      jj. 20-362291_500.JPG_9169888
24    JX-32.     Tsverov Taser Download (15 pages)
25    JX-33.     Scene overhead map (2 pages) [AGO299-AGO300]
26    JX-34.     Sacramento Police Department General Order 580.06 – De-
27      Escalation and Planned Response (2 pages)
28

JOINT EXHIBIT LIST

    JX-35.    Sacramento Police Department General Order 580.10 – Conducted Energy Device (7 pages)

    JX-36.    Funeral and Burial Expenses (BATES PLTF 0002-0004)

Dated: December 3, 2024    LAW OFFICES OF DALE K. GALIPO

By:    */s/ Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
Benjamin S. Levine
Attorneys for Plaintiff

DATED: December 3, 2024    ROB BONTA
Attorney General of California
CHRISTINE E. GARSKE
Supervising Deputy Attorney General

*/s/ Diana Esquivel* (as authorized 12/3/24)

DIANA ESQUIVEL
Attorneys for Defendants STATE OF CALIFORNIA and MICHAEL SIMPSON

DATED: December 3, 2024    CITY OF SACRAMENTO

*/s/ Kate D.K. Brosseau*
SUSAN ALCALA WOOD
SEAN D. RICHMOND
KATE D.L. BROSSEAU
Attorneys for Defendants CITY OF SACRAMENTO, MICHAEL PINOLA, TRAVIS HUNKAPILLER, RUVMIN TSVEROV, ROBERT LINDNER, ANGEL ESPINOZA, JOSEPH SWALEH, JASON FINNICUM, and JOHN HELMICH