1  LAW OFFICES OF DALE K. GALIPO
2  Dale K. Galipo (SBN 144074)
   dalekgalipo@yahoo.com
3  Renee V. Masongsong (SBN 281819)
   rvalentine@galipolaw.com
4  21800 Burbank Boulevard, Suite 310
   Woodland Hills, California 91367
5  Telephone:   (818) 347-3333
6  Facsimile:   (818) 347-4118

7  *Attorney for Plaintiff*

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA; MICHAEL PINOLA; MICHAEL G. SIMPSON; TRAVIS HUNKAPILLER; RUVMIN TSVEROV; ROBERT LINDNER; ANGEL ESPINOZA; JOSEPH SWALEH; JASON FINNECUM; JOHN HELMICH; and DOES 9-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02075-DAD-KJN<br><br>**NOTICE OF UNAVAILABLITY OF PLAINTIFF'S LEAD TRIAL COUNSEL TO APPEAR AT THE PRETRIAL CONFERENCE; REQUEST TO CONTINUE THE PRETRIAL CONFERENCE TO A LATER DATE OR, IN THE ALTERNATIVE, TO ALLOW ATTORNEY RENEE V. MASONGSONG TO APPEAR ON BEHALF OF PLAINTIFF**<br><br>[*Proposed Order filed concurrently herewith*]<br><br>PTC Date: December 10, 2024<br>PTC Time: 1:30 p.m.<br>PTC Location: Zoom<br><br>Trial Date: February 10, 2025 |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Plaintiff's lead counsel, Dale K. Galipo, is unavailable for the pretrial conference on December 10, 2024. Mr. Galipo is currently engaged in trial in the matter *Candido Sesma, et al. v. State of California, et al.*, Case No. 5:21-cv-01694-JWH-DTB in front of the Honorable John W. Holcomb. The *Sesma* trial began on December 2, 2024, and it is anticipated that closing arguments will take place on December 10, 2024. Plaintiff's counsel did not previously file this notice because Mr. Galipo anticipated that closing arguments would occur prior to December 10, 2024, and that he would have been able to appear at the pretrial conference in the above-referenced matter.

Accordingly, Plaintiff respectfully requests that this Court continue the pretrial conference to a date convenient for this Court and all counsel, either later in the week where the pretrial conference is currently scheduled (*i.e.*, December 12 or 13) or the week of December 16, 2024. In the alternative, Plaintiff requests that this Court allow Plaintiff's counsel Renee V. Masongsong to appear at the pretrial conference in lieu of lead trial counsel.

DATED: December 6, 2024        LAW OFFICES OF DALE K. GALIPO

                               */s/ Dale K. Galipo*
                               DALE K. GALIPO
                               RENEE V. MASONGSONG
                               Attorneys for Plaintiff MARY ELLEN LENNOX