**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; STATE OF CALIFORNIA; MICHAEL PINOLA; MICHAEL SIMPSON; TRAVIS HUNKAPILLER; RUVMIN TSVEROV; ROBERT LINDNER; ANGEL ESPINOZA; JOSEPH SWALEH; JASON FINNECUM; and JOHN HELMICH,<br><br>Defendants. | Case No. 2:21-cv-02075-DAD-KJN<br><br>**[PROPOSED] ORDER RE: NOTICE OF UNAVAILABLITY OF PLAINTIFF'S LEAD TRIAL COUNSEL TO APPEAR AT THE PRETRIAL CONFERENCE; REQUEST TO CONTINUE THE PRETRIAL CONFERENCE TO A LATER DATE OR, IN THE ALTERNATIVE, TO ALLOW ATTORNEY RENEE V. MASONGSONG TO APPEAR ON BEHALF OF PLAINTIFF** |

1

[PROPOSED] ORDER

Having considered Plaintiff's Notice of Unavailability of Lead Trial Counsel to Appear and the Final Pretrial Conference, it is hereby ordered as follows:

☐ The Final Pretrial Conference is continued to the following date: _____.

☐ The Parties shall meet and confer and propose a new date for the Final Pretrial Conference.

☐ Plaintiff's counsel Renee V. Masongsong may appear in lieu of lead trial counsel at the Final Pretrial Conference on December 10, 2024.

**IT IS SO ORDERED.**

DATED: _____   _____
                            Honorable Dale A. Drozd
                            U.S. District Judge

2