# Exhibit A

TO ORDER COPIES OF ANY DOCUMENTS LISTED
BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**This docket is current through 12/22/2024**

Today's Date: 12/23/2024
Source: U.S. Court of Appeals for the Ninth Circuit

| | |
|---|---|
| **Court:** | U.S. Court of Appeals for the Ninth Circuit |
| **Case Title:** | Kristin Hart, et al v. City of Redwood City, et al |
| **Appeal From:** | U.S. District Court for Northern California, Oakland |
| **Termed:** | 04/19/2024 |
| **Date Filed:** | 12/28/2022 |

## CASE INFORMATION

| | |
|---|---|
| **Case Number:** | 22-17008 |
| **Fee Status:** | Paid |
| **Case Type:** | Appeals |
| **Case Subtype:** | civil, private |
| **Nature of Suit:** | 3440 Other Civil Rights |
| **Key Nature of Suit:** | Civil Rights; Other Federal Civil Rights (110.45) |

## LOWER COURT INFORMATION

| | |
|---|---|
| **District:** | 0971-4 |
| **Lower Court Docket Number:** | 4:21-cv-02653-YGR |
| **Trial Judge(s):** | District Judge Yvonne Gonzalez Rogers |
| **Court Reporter(s):** | Raynee Mercado |
| | Lee-Anne Marie Shortridge, Official |
| **Date Filed:** | 04/13/2021 |
| **Date Order/Judgment:** | 12/14/2022 |
| **Date NOA Filed:** | 12/28/2022 |
| **Date COA Received:** | 12/28/2022 |

## NAMES

### KRISTIN HART, individually and as co-successor-in-interest to Decedent KYLE HART

| | |
|---|---|
| **Type:** | Plaintiff - Appellee |
| **Attorney:** | John L. Burris Esquire |
| **Attorney Status:** | COR LD NTC Retained |
| **Attorney Email or FTS:** | john.burris@johnburrislaw.com |
| **Attorney Phone:** | 510-839-5200 |
| **Attorney Fax:** | 510-839-3882 |
| **Firm Name:** | Burris, Nisenbaum, Curry, & Lacy, LLP |
| **Firm Address:** | # 1120 |
| | 7677 Oakport Street |
| | Suite 1120 |
| | Oakland, CA 94621 |
| **Attorney:** | Ayana C. Curry |
| **Attorney Status:** | COR NTC Retained |
| **Attorney Email or FTS:** | ayana.curry@johnburrislaw.com |
| **Attorney Phone:** | 510-325-2352 |

| | |
|---|---|
| **Attorney Fax:** | 510-839-3882 |
| **Firm Name:** | Burris, Nisenbaum, Curry, & Lacy, LLP |
| **Firm Address:** | 7677 Oakport Street |
| | Suite 1120 |
| | Oakland, CA 94621 |
| **Attorney:** | Benjamin Nisenbaum Esquire |
| **Attorney Status:** | COR NTC Retained |
| **Attorney Email or FTS:** | bnisenbaum@gmail.com |
| **Attorney Phone:** | 510-839-5200 |
| **Firm Name:** | Burris, Nisenbaum, Curry, & Lacy, LLP |
| **Firm Address:** | 7677 Oakport Street |
| | Suite 1120 |
| | Oakland, CA 94621 |

## E. H., individually and as co-successor-in-interest to Decedent KYLE HART

| | |
|---|---|
| **Type:** | Plaintiff - Appellee |
| **Attorney:** | John L. Burris Esquire |
| **Attorney Status:** | COR LD NTC Retained |
| **Attorney Email or FTS:** | john.burris@johnburrislaw.com |
| **Attorney Phone:** | 510-839-5200 |
| **Attorney Fax:** | 510-839-3882 |
| **Firm Name:** | Burris, Nisenbaum, Curry, & Lacy, LLP |
| **Firm Address:** | # 1120 |
| | 7677 Oakport Street |
| | Suite 1120 |
| | Oakland, CA 94621 |
| **Attorney:** | Ayana C. Curry |
| **Attorney Status:** | COR NTC Retained |
| **Attorney Email or FTS:** | ayana.curry@johnburrislaw.com |
| **Attorney Phone:** | 510-325-2352 |
| **Attorney Fax:** | 510-839-3882 |
| **Firm Name:** | Burris, Nisenbaum, Curry, & Lacy, LLP |
| **Firm Address:** | 7677 Oakport Street |
| | Suite 1120 |
| | Oakland, CA 94621 |
| **Attorney:** | Benjamin Nisenbaum Esquire |
| **Attorney Status:** | COR NTC Retained |
| **Attorney Email or FTS:** | bnisenbaum@gmail.com |
| **Attorney Phone:** | 510-839-5200 |
| **Firm Name:** | Burris, Nisenbaum, Curry, & Lacy, LLP |
| **Firm Address:** | 7677 Oakport Street |
| | Suite 1120 |
| | Oakland, CA 94621 |

## W. H., individually and as co-successor-in-interest to Decedent KYLE HART

| | |
|---|---|
| **Type:** | Plaintiff - Appellee |
| **Attorney:** | John L. Burris Esquire |
| **Attorney Status:** | COR LD NTC Retained |
| **Attorney Email or FTS:** | john.burris@johnburrislaw.com |
| **Attorney Phone:** | 510-839-5200 |
| **Attorney Fax:** | 510-839-3882 |

| | |
|---|---|
| **Firm Name:** | Burris, Nisenbaum, Curry, & Lacy, LLP |
| **Firm Address:** | # 1120 |
| | 7677 Oakport Street |
| | Suite 1120 |
| | Oakland, CA 94621 |
| **Attorney:** | Ayana C. Curry |
| **Attorney Status:** | COR NTC Retained |
| **Attorney Email or FTS:** | ayana.curry@johnburrislaw.com |
| **Attorney Phone:** | 510-325-2352 |
| **Attorney Fax:** | 510-839-3882 |
| **Firm Name:** | Burris, Nisenbaum, Curry, & Lacy, LLP |
| **Firm Address:** | 7677 Oakport Street |
| | Suite 1120 |
| | Oakland, CA 94621 |
| **Attorney:** | Benjamin Nisenbaum Esquire |
| **Attorney Status:** | COR NTC Retained |
| **Attorney Email or FTS:** | bnisenbaum@gmail.com |
| **Attorney Phone:** | 510-839-5200 |
| **Firm Name:** | Burris, Nisenbaum, Curry, & Lacy, LLP |
| **Firm Address:** | 7677 Oakport Street |
| | Suite 1120 |
| | Oakland, CA 94621 |

## CITY OF REDWOOD CITY, a municipal corporation

| | |
|---|---|
| **Type:** | Defendant - Appellant |
| **Attorney:** | Kevin Gilbert |
| **Attorney Status:** | COR LD NTC Retained |
| **Attorney Email or FTS:** | kgilbert@ohhlegal.com |
| **Attorney Phone:** | 510-999-7908 |
| **Attorney Fax:** | 510-999-7918 |
| **Firm Name:** | Orbach Huff & Henderson, LLP |
| **Firm Address:** | 6200 Stoneridge Mall Road |
| | Suite 225 |
| | Pleasanton, CA 94588 |
| **Attorney:** | Mark G. Bonino |
| **Attorney Status:** | COR NTC Retained |
| **Attorney Email or FTS:** | mbonino@hayesscott.com |
| **Attorney Phone:** | 650-486-2869 |
| **Attorney Fax:** | 650-637-8071 |
| **Firm Name:** | Hayes, Scott, Bonino, Ellingson, Guslani, Simonson & Clause, LLP |
| **Firm Address:** | 999 Skyway Road |
| | Suite 310 |
| | San Carlos, CA 94070 |
| **Attorney:** | Stephen Paul Ellingson Esquire |
| **Attorney Status:** | COR NTC Retained |
| **Attorney Email or FTS:** | sellingson@hayesscott.com |
| **Attorney Phone:** | 650-637-9100 |
| **Attorney Fax:** | 650-637-8071 |
| **Firm Name:** | Hayes Scott Bonino Ellingson & McLay, LLP |
| **Firm Address:** | 203 Redwood Shores Pkwy |
| | Suite # 480 |
| | Redwood City, CA 94065 |
| **Firm Phone:** | 650-637-9100 |

WESTLAW  © 2024 Thomson Reuters. No claim to original U.S. Government Works.   3

## DANIEL MULHOLLAND, individually and in his capacity as Chief of Police for the CITY OF REDWOOD CITY

| | |
|---|---|
| **Type:** | Defendant - Appellant |
| **Attorney:** | Kevin Gilbert |
| **Attorney Status:** | COR LD NTC Retained |
| **Attorney Email or FTS:** | kgilbert@ohhlegal.com |
| **Attorney Phone:** | 510-999-7908 |
| **Attorney Fax:** | 510-999-7918 |
| **Firm Name:** | Orbach Huff & Henderson, LLP |
| **Firm Address:** | 6200 Stoneridge Mall Road |
| | Suite 225 |
| | Pleasanton, CA 94588 |
| **Attorney:** | Mark G. Bonino |
| **Attorney Status:** | COR NTC Retained |
| **Attorney Email or FTS:** | mbonino@hayesscott.com |
| **Attorney Phone:** | 650-486-2869 |
| **Attorney Fax:** | 650-637-8071 |
| **Firm Name:** | Hayes, Scott, Bonino, Ellingson, Guslani, Simonson & Clause, LLP |
| **Firm Address:** | 999 Skyway Road |
| | Suite 310 |
| | San Carlos, CA 94070 |

## ROMAN GOMEZ, individually and in his official capacity as a Police Officer for the CITY OF REDWOOD CITY

| | |
|---|---|
| **Type:** | Defendant - Appellant |
| **Attorney:** | Kevin Gilbert |
| **Attorney Status:** | COR LD NTC Retained |
| **Attorney Email or FTS:** | kgilbert@ohhlegal.com |
| **Attorney Phone:** | 510-999-7908 |
| **Attorney Fax:** | 510-999-7918 |
| **Firm Name:** | Orbach Huff & Henderson, LLP |
| **Firm Address:** | 6200 Stoneridge Mall Road |
| | Suite 225 |
| | Pleasanton, CA 94588 |
| **Attorney:** | Mark G. Bonino |
| **Attorney Status:** | COR NTC Retained |
| **Attorney Email or FTS:** | mbonino@hayesscott.com |
| **Attorney Phone:** | 650-486-2869 |
| **Attorney Fax:** | 650-637-8071 |
| **Firm Name:** | Hayes, Scott, Bonino, Ellingson, Guslani, Simonson & Clause, LLP |
| **Firm Address:** | 999 Skyway Road |
| | Suite 310 |
| | San Carlos, CA 94070 |
| **Attorney:** | Stephen Paul Ellingson Esquire |
| **Attorney Status:** | COR NTC Retained |
| **Attorney Email or FTS:** | sellingson@hayesscott.com |

| | |
|---|---|
| **Attorney Phone:** | 650-637-9100 |
| **Attorney Fax:** | 650-637-8071 |
| **Firm Name:** | Hayes Scott Bonino Ellingson & McLay, LLP |
| **Firm Address:** | 203 Redwood Shores Pkwy |
| | Suite # 480 |
| | Redwood City, CA 94065 |
| **Firm Phone:** | 650-637-9100 |

## LEILA VELEZ, individually and in her official capacity as a Police Officer for the CITY OF REDWOOD CITY

| | |
|---|---|
| **Type:** | Defendant - Appellant |
| **Attorney:** | Kevin Gilbert |
| **Attorney Status:** | COR LD NTC Retained |
| **Attorney Email or FTS:** | kgilbert@ohhlegal.com |
| **Attorney Phone:** | 510-999-7908 |
| **Attorney Fax:** | 510-999-7918 |
| **Firm Name:** | Orbach Huff & Henderson, LLP |
| **Firm Address:** | 6200 Stoneridge Mall Road |
| | Suite 225 |
| | Pleasanton, CA 94588 |
| **Attorney:** | Mark G. Bonino |
| **Attorney Status:** | COR NTC Retained |
| **Attorney Email or FTS:** | mbonino@hayesscott.com |
| **Attorney Phone:** | 650-486-2869 |
| **Attorney Fax:** | 650-637-8071 |
| **Firm Name:** | Hayes, Scott, Bonino, Ellingson, Guslani, Simonson & Clause, LLP |
| **Firm Address:** | 999 Skyway Road |
| | Suite 310 |
| | San Carlos, CA 94070 |

## NATIONAL POLICE ACCOUNTABILITY PROJECT

| | |
|---|---|
| **Type:** | Amicus Curiae |
| **Attorney:** | Jim Davy |
| **Attorney Status:** | COR LD NTC Retained |
| **Attorney Email or FTS:** | jimdavy@allriselaw.org |
| **Attorney Address:** | Jim Davy |
| | All Rise Trial & Appellate |
| | P.O. Box 15216 |
| | Philadelphia, PA 19125 |
| **Attorney Phone:** | 215-792-3579 |

### DOCKET PROCEEDINGS (54)

| Entry #: | Date: | Description: | | |
|---|---|---|---|---|
| 54 | 11/08/2024 | MANDATE ISSUED.(EDM, BSB Docket Status and LVD) [12913992] (NAC) [Entered: 11/08/2024 07:57 AM] | View | Add to request |
| 53 | 10/30/2024 | Filed Order for PUBLICATION (ERIC D. MILLER, BRIDGET S. BADE and LAWRENCE | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | VANDYKE) Judge Miller, Judge Bade, and Judge VanDyke have voted to deny Appellee's petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc. A judge of the court requested a vote on en banc rehearing. The majority of the active judges have voted to deny rehearing the matter en banc. Fed. R. App. P. 35(f). The petition for rehearing en banc is DENIED. [12912837] (MM) [Entered: 10/30/2024 08:44 AM] | | |
| 52 | 07/15/2024 | Filed (ECF) Appellants City of Redwood City, Roman Gomez, Daniel Mulholland and Leila Velez response to Petition for Rehearing En Banc (ECF Filing), Petition for Rehearing En Banc (ECF Filing), Brief Submitted for Review (ECF Filing), Motion (ECF Filing), Motion (ECF Filing), Order, Order. Date of service: 07/15/2024. [12896831]. [22-17008] (Gilbert, Kevin) [Entered: 07/15/2024 08:49 AM] | View | Add to request |
| 51 | 06/26/2024 | Filed clerk order: The amicus brief [ 47 ] submitted by National Police Accountability Project is filed. No paper copies are required at this time. [12893708] (KT) [Entered: 06/26/2024 01:15 PM] | View | Add to request |
| 50 | 06/24/2024 | Filed order (ERIC D. MILLER, BRIDGET S. BADE and LAWRENCE VANDYKE): Defendants-Appellants are ordered to file a response to Plaintiffs-Appellees' Petition for Rehearing En Banc (Dkt. No. [ 46 ]) filed on June 3, 2024. The response shall not exceed fifteen pages or 4,200 words and shall be filed within twenty-one days of the date of this order. [12893184] (AF) [Entered: 06/24/2024 01:26 PM] | View | Add to request |
| 49 | 06/24/2024 | Filed text clerk order (Deputy Clerk: MCD): The motion of National Police Accountability Project for leave to file amicus brief, Dkt. [ 47 ], is granted. [12893181] (AF) [Entered: 06/24/2024 01:11 PM] | Send Runner to Court | |

| | | | | |
|---|---|---|---|---|
| 48 | 06/13/2024 | Entered appearance of Amicus Curiae - Pending National Police Accountability Project. [XXXXXXXX] (LA) [Entered: 06/13/2024 04:14 PM] | Send Runner to Court | |
| 47 | 06/13/2024 | Submitted (ECF) Amicus brief for review and filed Motion to become amicus curiae. Submitted by National Police Accountability Project. Date of service: 06/13/2024. [XXXXXXXX] [22-17008]--[COURT UPDATE: Attached corrected PDF of brief. 06/14/2024 by LA] (Davy, Jim) [Entered: 06/13/2024 02:33 PM] | View | Add to request |
| 46 | 06/03/2024 | Filed (ECF) Appellees E. H., W. H. and Kristin Hart petition for rehearing en banc (from 04/19/2024 opinion). Date of service: 06/03/2024. [12889068] [22-17008] (Curry, Ayana) [Entered: 06/03/2024 01:59 PM] | View | Add to request |
| 45 | 04/26/2024 | Filed order (ERIC D. MILLER, BRIDGET S. BADE and LAWRENCE VANDYKE): Plaintiffs-Appellees Kristin Hart, et al., motion for an extension of time to file a petition for rehearing en banc, Dkt. [ 44 ], is GRANTED. The petition must be filed no later than June 3, 2024. [12880505] (AF) [Entered: 04/26/2024 09:58 AM] | View | Add to request |
| 44 | 04/25/2024 | Filed (ECF) Appellees E. H., W. H. and Kristin Hart Motion to extend time to file petition for rehearing until 06/03/2024. Date of service: 04/25/2024. [12880367] [22-17008] -- [COURT UPDATE: Updated docket text to reflect content of filing. 04/25/2024 by TYL] (Curry, Ayana) [Entered: 04/25/2024 04:11 PM] | View | Add to request |
| 43 | 04/19/2024 | FILED OPINION (ERIC D. MILLER, BRIDGET S. BADE and LAWRENCE VANDYKE) REVERSED. Judge: LVD Authoring. FILED AND ENTERED JUDGMENT. [12878447] (MM) [Entered: 04/19/2024 08:47 AM] | View | Add to request |
| 42 | 02/12/2024 | ARGUED AND SUBMITTED TO ERIC D. MILLER, BRIDGET S. BADE and LAWRENCE VANDYKE. The audio and video recordings of this hearing are | Send Runner to Court | |

| | | | | |
|---|---|---|---|---|
| | | available on our website at http://www.ca9.uscourts.gov/media/ . [12858690] (DB) [Entered: 02/12/2024 01:41 PM] | | |
| 41 | 01/12/2024 | Filed (ECF) Appellants City of Redwood City, Roman Gomez, Daniel Mulholland and Leila Velez citation of supplemental authorities. Date of service: 01/12/2024. [12847424] [22-17008] (Gilbert, Kevin) [Entered: 01/12/2024 03:29 PM] | View | Add to request |
| 40 | 01/03/2024 | Filed (ECF) Acknowledgment of hearing notice by Attorney Mr. Benjamin Nisenbaum, Esquire for Appellees E. H., W. H. and Kristin Hart. Hearing in San Francisco on 02/12/2024 at 9:00 am (Courtroom: 3). Filer sharing argument time: No. (Argument minutes: 15) Special accommodations: NO. Filer admission status: I certify that I am admitted to practice before this Court. Date of service: 01/03/2024. [12843937] [22-17008] (Nisenbaum, Benjamin) [Entered: 01/03/2024 02:56 PM] | Send Runner to Court | |
| 39 | 01/03/2024 | Filed (ECF) Acknowledgment of hearing notice by Attorney Mr. Kevin Gilbert for Appellants City of Redwood City, Roman Gomez, Daniel Mulholland and Leila Velez. Hearing in San Francisco on 02/12/2024 at 9:00 a.m. (Courtroom: Courtroom 3). Filer sharing argument time: No. (Argument minutes: 15) Special accommodations: NO. Filer admission status: I certify that I am admitted to practice before this Court. Date of service: 01/03/2024. [12843655] [22-17008] (Gilbert, Kevin) [Entered: 01/03/2024 08:30 AM] | Send Runner to Court | |
| 38 | 12/03/2023 | Notice of Oral Argument on Monday, February 12, 2024 - 09:00 A.M. - Courtroom 3 - Scheduled Location: San Francisco CA. The hearing time is the local time zone at the scheduled hearing location. View the Oral Argument Calendar for your case here . NOTE: Although your case is currently scheduled for oral argument, the panel may decide | Send Runner to Court | |

to submit the case on the briefs instead. See Fed. R. App. P. 34. Absent further order of the court, if the court does determine that oral argument is required in this case, you are expected to appear in person at the Courthouse. If an in person appearance would pose a hardship, you must file a motion for permission to appear remotely by video, using the CM/ECF filing event "Motion for any relief (other than reconsideration or to seal)" and selecting the appropriate relief. Such a motion must be filed within 7 days of this notice, absent exigent circumstances. Everyone appearing in person must review and comply with our Protocols for In Person Hearings, available here . If the panel determines that it will hold oral argument in your case, the Clerk's Office will contact you directly at least two weeks before the set argument date to review any requirements for in person appearance or to make any necessary arrangements for a remote appearance that has been approved or directed by the panel. Please note however that if you do file a motion to appear remotely, the court strongly prefers video over telephone appearance. Therefore, if you wish to appear remotely by telephone you will need to justify that request in your motion and receive explicit permission to do so. Be sure to review the GUIDELINES for important information about your hearing, including when to be available (30 minutes before the hearing time) and when and how to submit additional citations (filing electronically as far in advance of the hearing as possible). If you are the specific attorney or self-represented party who will be arguing, use the ACKNOWLEDGMENT OF HEARING NOTICE filing type in CM/ECF no later than 28 days before Monday, February

| | | | |
|---|---|---|---|
| | | 12, 2024. No form or other attachment is required. If you will not be arguing, do not file an acknowledgment of hearing notice.[12831912]. [22-17008] (KS) [Entered: 12/03/2023 06:20 AM] | |
| 37 | 10/10/2023 | Filed (ECF) Attorney Mr. Kevin Gilbert for Appellants City of Redwood City, Roman Gomez, Daniel Mulholland and Leila Velez response to notice for case being considered for oral argument. Date of service: 10/07/2023. [12807176] [22-17008] (Gilbert, Kevin) [Entered: 10/10/2023 11:54 AM] | View   Add to request |
| 36 | 10/10/2023 | Filed (ECF) Attorney Ayana C. Curry for Appellees E. H., W. H. and Kristin Hart response to notice for case being considered for oral argument. Date of service: 10/10/2023. [12807144] [22-17008] (Curry, Ayana) [Entered: 10/10/2023 11:26 AM] | View   Add to request |
| 35 | 10/09/2023 | Filed (ECF) Attorney Mark G. Bonino for Appellants City of Redwood City, Roman Gomez, Daniel Mulholland and Leila Velez response to notice for case being considered for oral argument. Date of service: 10/09/2023. [12806670] [22-17008] (Bonino, Mark) [Entered: 10/09/2023 04:07 PM] | View   Add to request |
| 34 | 10/06/2023 | This case is being considered for an upcoming oral argument calendar in San Francisco Please review the San Francisco sitting dates for February 2024 and the subsequent month in that location at http://www.ca9.uscourts.gov/court_sessions . Absent an irreconcilable conflict, the court expects you to appear and argue your case during one of these two months. If you have an irreconcilable conflict on any of the dates, please consult with opposing counsel to propose an alternate date and/or location and file Form 32 within 3 business days of this notice using the CM/ECF filing type Response to Case Being Considered | Send Runner to Court |

| | | | | |
|---|---|---|---|---|
| | | for Oral Argument. Please follow the form's instructions carefully. If the parties wish to discuss settlement before an argument date is set, they should jointly request referral to the mediation unit by filing a letter within 3 business days of this notice, using CM/ECF (Type of Document: Correspondence to Court; Subject: request for mediation). You will receive notice that your case has been assigned to a calendar approximately 10 weeks before the scheduled oral argument date.[12805894]. [22-17008] (KS) [Entered: 10/06/2023 09:21 AM] | | |
| 33 | 09/20/2023 | Filed (ECF) Attorney Mr. Kevin Gilbert for Appellants City of Redwood City, Roman Gomez, Daniel Mulholland and Leila Velez response to notice for case being considered for oral argument. Date of service: 09/20/2023. [12795529] [22-17008] (Gilbert, Kevin) [Entered: 09/20/2023 09:23 AM] | View | Add to request |
| 32 | 09/19/2023 | This case is being considered for an upcoming oral argument calendar in San Francisco Please review the San Francisco sitting dates for January 2024 and the subsequent month in that location at http://www.ca9.uscourts.gov/court_sessions . Absent an irreconcilable conflict, the court expects you to appear and argue your case during one of these two months. If you have an irreconcilable conflict on any of the dates, please consult with opposing counsel to propose an alternate date and/or location and file Form 32 within 3 business days of this notice using the CM/ECF filing type Response to Case Being Considered for Oral Argument. Please follow the form's instructions carefully. If the parties wish to discuss settlement before an argument date is set, they should jointly request referral | Send Runner to Court | |

| | | | | |
|---|---|---|---|---|
| | | to the mediation unit by filing a letter within 3 business days of this notice, using CM/ECF (Type of Document: Correspondence to Court; Subject: request for mediation). You will receive notice that your case has been assigned to a calendar approximately 10 weeks before the scheduled oral argument date.[12794913]. [22-17008] (KS) [Entered: 09/19/2023 11:43 AM] | | |
| 31 | 09/19/2023 | Received 6 paper copies of Reply Brief [ 29 ] filed by appellants.. [12794868] (NAR) [Entered: 09/19/2023 11:14 AM] | Send Runner to Court | |
| 30 | 09/13/2023 | Filed clerk order: The reply brief [ 29 ] submitted by appellants is filed. Within 7 days of the filing of this order, filer is ordered to file 6 copies of the brief in paper format, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. Cover color: gray. The paper copies shall be submitted to the principal office of the Clerk. [12791909] (LA) [Entered: 09/13/2023 04:44 PM] | View | Add to request |
| 29 | 09/11/2023 | Submitted (ECF) Reply Brief for review. Submitted by Appellants City of Redwood City, Roman Gomez, Daniel Mulholland and Leila Velez. Date of service: 09/11/2023. [12791477] [22-17008]--[COURT UPDATE: Backdated entry to original submission date. 09/13/2023 by LA] (Ellingson, Stephen) [Entered: 09/13/2023 11:09 AM] | View | Add to request |
| 28 | 09/11/2023 | COURT DELETED INCORRECT ENTRY. Notice about deletion sent to case participants registered for electronic filing. Correct Entry: [ 29 ]. Original Text: Filed (ECF) Appellants Roman Gomez, City of Redwood City and Leila Velez citation of supplemental authorities. Date of service: 09/11/2023. [12790175] [22-17008] (Bonino, Mark) [Entered: 09/11/2023 04:16 PM] | Send Runner to Court | |
| 27 | 08/18/2023 | Filed (ECF) Attorney Ayana C. Curry for Appellees E. H., W. | View | Add to request |

| | | | |
|---|---|---|---|
| 26 | 08/15/2023 | H. and Kristin Hart response to notice for case being considered for oral argument. Date of service: 08/18/2023. [12777146] [22-17008] (Curry, Ayana) [Entered: 08/18/2023 03:01 PM] This case is being considered for an upcoming oral argument calendar in San Francisco Please review the San Francisco sitting dates for December 2023 and the subsequent month in that location at http://www.ca9.uscourts.gov/court_sessions . Absent an irreconcilable conflict, the court expects you to appear and argue your case during one of these two months. If you have an irreconcilable conflict on any of the dates, please consult with opposing counsel to propose an alternate date and/or location and file Form 32 within 3 business days of this notice using the CM/ECF filing type Response to Case Being Considered for Oral Argument. Please follow the form's instructions carefully. If the parties wish to discuss settlement before an argument date is set, they should jointly request referral to the mediation unit by filing a letter within 3 business days of this notice, using CM/ECF (Type of Document: Correspondence to Court; Subject: request for mediation). You will receive notice that your case has been assigned to a calendar approximately 10 weeks before the scheduled oral argument date.[12774590]. [22-17008] (KS) [Entered: 08/15/2023 02:01 PM] | Send Runner to Court |
| 25 | 08/10/2023 | Streamlined request [24] by Appellants City of Redwood City and Roman Gomez to extend time to file the brief is approved. Amended briefing schedule: the optional reply brief is due 09/11/2023. [12771997] (DLM) [Entered: 08/10/2023 01:20 PM] | Send Runner to Court |
| 24 | 08/10/2023 | Filed (ECF) Streamlined request for extension of time to file | Send Runner to Court |

| | | | |
|---|---|---|---|
| | | Reply Brief by Appellants City of Redwood City and Roman Gomez. New requested due date is 09/11/2023. [12771935] [22-17008] (Ellingson, Stephen) [Entered: 08/10/2023 12:05 PM] | |
| 23 | 07/28/2023 | Received 6 paper copies of Answering Brief [ 21 ] filed by appellees.. [12764438] (NAR) [Entered: 07/28/2023 03:12 PM] | Send Runner to Court |
| 22 | 07/24/2023 | Filed clerk order: The answering brief [ 21 ] submitted by appellees is filed. Within 7 days of the filing of this order, filer is ordered to file 6 copies of the brief in paper format, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. Cover color: red. The paper copies shall be submitted to the principal office of the Clerk. [12760149] (LA) [Entered: 07/24/2023 10:37 AM] | View   Add to request |
| 21 | 07/21/2023 | Submitted (ECF) Answering Brief for review. Submitted by Appellees E. H., W. H. and Kristin Hart. Date of service: 07/21/2023. [12759883] [22-17008] (Curry, Ayana) [Entered: 07/21/2023 05:47 PM] | View   Add to request |
| 20 | 06/06/2023 | Streamlined request [19] by Appellees E. H., W. H. and Kristin Hart to extend time to file the brief is approved. Amended briefing schedule: Appellees E. H., W. H. and Kristin Hart answering brief due 07/21/2023. The optional reply brief is due 21 days from the date of service of the answering brief. [12730348] (DLM) [Entered: 06/06/2023 04:41 PM] | Send Runner to Court |
| 19 | 06/06/2023 | Filed (ECF) Streamlined request for extension of time to file Answering Brief by Appellees E. H., W. H. and Kristin Hart. New requested due date is 07/21/2023. [12729770] [22-17008] (Curry, Ayana) [Entered: 06/06/2023 12:23 PM] | Send Runner to Court |
| 18 | 05/26/2023 | Received 6 paper copies of Opening Brief [ 12 ] filed by Appellants. [12723425] (SD) [Entered: 05/26/2023 12:20 PM] | Send Runner to Court |

| | | | |
|---|---|---|---|
| 17 | 05/26/2023 | Received 3 paper copies of excerpts of record [ 13 ] in 5 volume(s) and index volume filed by Appellants. [12723424] (SD) [Entered: 05/26/2023 12:17 PM] | Send Runner to Court |
| 16 | 05/25/2023 | Added Attorney(s) Mark G. Bonino for party(s) Appellant Leila Velez, Appellant Roman Gomez, Appellant City of Redwood City and Appellant Daniel Mulholland, in case 22-17008. [12722954] (QDL) [Entered: 05/25/2023 03:57 PM] | Send Runner to Court |
| 15 | 05/25/2023 | Filed (ECF) notice of appearance of MARK G BONINO (Hayes,Scott,Bonino, Ellingson & Guslani,LLP, 333 Twin Dolphin Dr., Suite 230, Redwood City, CA 94065) for Appellants City of Redwood City, Roman Gomez, Daniel Mulholland and Leila Velez. Date of service: 05/25/2023. (Party was previously proceeding with counsel.) [12722940] [22-17008] (Bonino, Mark) [Entered: 05/25/2023 03:42 PM] | Send Runner to Court |
| 14 | 05/22/2023 | Filed clerk order: The opening brief [ 12 ] submitted by appellants is filed. Within 7 days of the filing of this order, filer is ordered to file 6 copies of the brief in paper format, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. Cover color: blue. The excerpts of record [ 13 ] submitted by appellants are filed. Within 7 days of this order, filer is ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white covers. The paper copies shall be submitted to the principal office of the Clerk. [12720632] (LA) [Entered: 05/22/2023 04:54 PM] | View   Add to request |
| 13 | 05/22/2023 | Submitted (ECF) excerpts of record. Submitted by Appellants Roman Gomez, City of Redwood City, Daniel Mulholland and Leila Velez. Date of service: 05/22/2023. | View   Add to request |

| | | | | |
|---|---|---|---|---|
| 12 | 05/22/2023 | [12720586] [22-17008]--[COURT UPDATE: Updated docket text to reflect all filing parties. 05/22/2023 by LA] (Ellingson, Stephen) [Entered: 05/22/2023 04:21 PM] Submitted (ECF) Opening Brief for review. Submitted by Appellants Roman Gomez, City of Redwood City, Daniel Mulholland and Leila Velez. Date of service: 05/22/2023. [12720578] [22-17008]--[COURT UPDATE: Updated docket text to reflect all filing parties. 05/22/2023 by LA] (Ellingson, Stephen) [Entered: 05/22/2023 04:17 PM] | View | Add to request |
| 11 | 04/10/2023 | Filed clerk order (Deputy Clerk: th): Granting Unopposed Motion [ 10 ] (ECF Filing) filed by Appellants to extend time to file brief. Appellants City of Redwood City, Roman Gomez, Daniel Mulholland and Leila Velez opening brief due 05/22/2023. Appellees E. H., W. H. and Kristin Hart answering brief due 06/21/2023. The optional reply brief is due 21 days after service of the answering brief. [12692549] (TH) [Entered: 04/10/2023 02:48 PM] | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 10 | 04/07/2023 | Filed (ECF) Appellants City of Redwood City and Roman Gomez Motion to extend time to file Opening brief until 05/22/2023. Date of service: 04/07/2023. [12690914] [22-17008] (Ellingson, Stephen) [Entered: 04/07/2023 08:54 AM] | View | Add to request |
| 9 | 02/14/2023 | MEDIATION ORDER FILED: This case is RELEASED from the Mediation Program. Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions while the appeal is pending. [12652721] (CL) [Entered: 02/14/2023 11:03 AM] | View | Add to request |
| 8 | 01/27/2023 | Added Attorney(s) Stephen Paul Ellingson for party(s) Appellant Roman Gomez Appellant City of Redwood City, in case 22-17008. [12640278] (NAC) [Entered: 01/27/2023 08:46 AM] | Send Runner to Court | |
| 7 | 01/27/2023 | Filed (ECF) notice of appearance of Mark Giovanni Bonino (Hayes, Scott, Bonino, Ellingson & Guslani 333 Twin Dolphin Dr., Redwood City CA 94065) for Appellants City of Redwood City and Roman Gomez. Date of service: 01/27/2023. (Party was previously proceeding with counsel.) [12640273] [22-17008] (Ellingson, Stephen) [Entered: 01/27/2023 08:41 AM] | Send Runner to Court | |
| 6 | 01/13/2023 | Added Attorney(s) Ayana C. Curry for party(s) Appellee W. H. Appellee E. H. Appellee Kristin Hart, in case 22-17008. [12630354] (NAC) [Entered: 01/13/2023 01:21 PM] | Send Runner to Court | |
| 5 | 01/13/2023 | Filed (ECF) notice of appearance of Ayana Curry (Law Offices of John L. Burris, 7677 Oakport Street, Suite 1120, Oakland, California 94621 Telephone: (510) 839-5200; Facsimile: (510) 839-3882) for Appellees E. H., W. H. and Kristin Hart. Date of service: 01/13/2023. (Party was previously proceeding with counsel.) [12630300] [22-17008] (Curry, Ayana) [Entered: 01/13/2023 12:36 PM] | Send Runner to Court | |
| 4 | 01/11/2023 | MEDIATION CONFERENCE SCHEDULED - DIAL-IN Assessment Conference, 02/06/2023, 11:00 a.m. PACIFIC Time. The briefing schedule previously set by the court remains | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 3 | 01/06/2023 | in effect. See order for instructions and details. [12628530] (CL) [Entered: 01/11/2023 03:05 PM] The Mediation Questionnaire for this case was filed on 01/06/2023. To submit pertinent confidential information directly to the Circuit Mediators, please use the following link . Confidential submissions may include any information relevant to mediation of the case and settlement potential, including, but not limited to, settlement history, ongoing or potential settlement discussions, non-litigated party related issues, other pending actions, and timing considerations that may impact mediation efforts. [12624755]. [22-17008] (AD) [Entered: 01/06/2023 12:44 PM] | Send Runner to Court | |
| 2 | 01/06/2023 | Filed (ECF) Appellants City of Redwood City, Roman Gomez, Daniel Mulholland and Leila Velez Mediation Questionnaire. Date of service: 01/06/2023. [12624397] [22-17008] (Gilbert, Kevin) [Entered: 01/06/2023 08:52 AM] | View | Add to request |
| 1 | 12/28/2022 | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. SEND MQ: Yes. The schedule is set as follows: Appellants City of Redwood City, Roman Gomez, Daniel Mulholland and Leila Velez Mediation Questionnaire due on 01/04/2023. Transcript ordered by 01/27/2023. Transcript due 02/27/2023. Appellants City of Redwood City, Roman Gomez, Daniel Mulholland and Leila Velez opening brief due 04/07/2023. Appellees E. H., W. H. and Kristin Hart answering brief due 05/08/2023. Appellant's optional reply brief is due 21 days after service of the answering brief. [12619427] (JMR) [Entered: 12/28/2022 03:32 PM] | View | Add to request |

TO ORDER COPIES OF ANY DOCUMENTS LISTED ABOVE, CALL WESTLAW COURTEXPRESS 1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**End of Document**                                © 2024 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW   © 2024 Thomson Reuters. No claim to original U.S. Government Works.                 18