Rob Bonta, State Bar No. 202668
Attorney General of California
Norman D. Morrison, State Bar No. 212090
Supervising Deputy Attorney General
Diana Esquivel, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7320
 Facsimile: (916) 322-8288
 E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants State of California, by and through the California Highway Patrol, and Michael Simpson*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARY ELLEN LENNOX,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF SACRAMENTO, et al.,**<br><br>Defendants. | No. 2:21-cv-02075-DAD-CSK<br><br>**STATE DEFENDANTS' OBJECTIONS TO TENTATIVE PRETRIAL ORDER**<br><br>Trial: February 18, 2025<br>Time: 9:00 a.m.<br>Courtroom: 4 (15th Floor)<br>Judge: Honorable Dale A. Drozd<br>Action Filed: August 26, 2021 |

Defendants State of California, by and through the California Highway Patrol, and Michael Simpson (collectively State Defendants) object the Tentative Pretrial Order (ECF No. 70) as follows:

IV. <u>DISPUTED FACTUAL ISSUES</u>

As instructed by the Court during the December 10, 2024 Pretrial Conference, State Defendants request that the following disputed factual issues be added to the final pretrial order:

14. Whether the Defendants are qualifiedly immune from Plaintiff's 42 U.S.C. § 1983 claims.

1

State Defs.' Objections to Tentative Pretrial Order  (2:21-cv-02075-DAD-CSK)

15. Whether the Defendants are immune from Plaintiff's state-law claims under California Government Code sections 815.2, 815.4, 820.2, 820.4, 820.8, and 845.8, California Penal Code sections 148, 197, 198.5, 241, 243, 245, 417, 692, 834a, 835, 835a, and 836.5(b), and California Civil Code sections 43 and 50.

V. DISPUTED EVIDENTIARY ISSUES/MOTIONS IN LIMINE

State Defendants will file the additional motion in limine:

8. To be permitted to bring into the courthouse and show the jury, for demonstrative purposes, a replica or substantially similar bread knife as the one Mr. Zenka had in his hand as he ran towards Officer Simpson's location on the date of incident.

VI. SPECIAL FACTUAL INFORMATION

State Defendants agree with Plaintiff's parenthetical representations in her objections to the Tentative Pretrial Order as to which facts are disputed and undisputed in this section. (*See* Pl.'s Obj. 2:1-3:13, ECF No. 72.)

VIII. POINTS OF LAW

State Defendants correct the following:

6. The elements of, standards for, and burden of proof in an affirmative defense of qualified immunity against Plaintiff's § 1983 claims and immunity under California law against Plaintiff's state-law claims.

IX. ABANDONED ISSUES

State Defendants abandon the following affirmative defenses asserted in their Answer (ECF No. 25) to the Second Amended Complaint: Third Affirmative Defense (statute of limitations), Seventeenth Affirmative Defense (*Heck* bar), Eighteen Affirmative Defense (unclean hands), Nineteenth Affirmative Defense (waiver), Twenty-Fifth Affirmative Defense (claim presentation), Twenty-Sixth Affirmative Defense (claim variance), Thirty-Second Affirmative Defense (mandatory joinder), and Thirty-Third Affirmative Defense (uncertainty).

State Defendants are not abandoning their requests asserted in the Twenty-Seventh to Thirty-First Affirmative Defenses but acknowledge that the requests are not technically

2

State Defs.' Objections to Tentative Pretrial Order  (2:21-cv-02075-DAD-CSK)

affirmative defenses, and the requests should be made in the event of adverse verdict against the State Defendants.

## X. WITNESSES

The agreed upon joint witnesses are listed in Attachment A, and Defendants' witnesses are listed in Attachment C.

## XI. EXHIBIT LISTS

State Defendants agree with the Joint Exhibits listed in Attachment D of the Tentative Pretrial Order. Defendants' exhibits are listed in Attachment F, including additionally listed exhibits based on the Court's directive that impeachment and rebuttal evidence be listed.

## XII. DISCOVERY DOCUMENTS

State Defendants do not intend to present evidence during their case-in-chief through discovery responses or documents. Defendants, however, may use the following discovery taken in this matter for purposes of impeachment or refreshing recollection:

1. Transcript of Greg Meyer's Deposition, taken on 7/13/2023
2. Greg Meyer's May 30, 2023 Expert Report
3. Transcript of Mary Lennox's Deposition, taken on 2/9/2023
4. Transcript of George Cardena's Deposition, taken on 5/17/2023
5. Transcript of Michael Simpson's Deposition, taken on 9/22/2022
6. Transcript of Roger Clark's Deposition, taken on 8/1/2023
7. Roger Clark's May 31, 2023 Expert Report
8. Plaintiff's Responses to Defendant State of California's Interrogatories, Set One
9. Plaintiff's Responses to Defendant Simpson's Interrogatories, Set One
10. Plaintiff's Responses to Defendant Simpson's Interrogatories, Set Two
11. Plaintiff's Responses to Defendant State of California's Request for Production of Documents, Set One
12. Plaintiff's Responses to Defendant State of California's Request for Production of Documents, Set Two

3

State Defs.' Objections to Tentative Pretrial Order  (2:21-cv-02075-DAD-CSK)

13. Plaintiff's Responses to Defendant Simpson's Request for Production of Documents, Set One

XIII. **FURTHER DISCOVERY OR MOTIONS**

On December 23, 2024, Defendants Simpson and Pinola filed a joint motion for reconsideration of the Court's denial of qualified immunity in light of the recent Ninth Circuit authority in *Hart v. City of Redwood City*, 99 F.4th 543 (9th Cir. 2024), that became final and binding on November 8, 2024. (ECF No. 71.)

Dated:  December 31, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants State of Cal. and Simpson*

SA2021305171
38665663.docx

4

State Defs.' Objections to Tentative Pretrial Order  (2:21-cv-02075-DAD-CSK)

# ATTACHMENT A

## JOINT WITNESSES

The parties may call the following individuals to testify at trial:

1. Espinoza, Angel (Defendant)
2. Finnicum, Jason (Defendant)
3. Gray, Ben (Sacramento Police Department)
4. Helmich, John (Defendant)
5. Hunkapiller, Travis (Defendant)
6. Lennox, Mary Ellen (Plaintiff)
7. Lindner, Robert (Defendant)
8. Pinola, Michael (Defendant)
9. Simpson, Michael (Defendant)
10. Swaleh, Joseph (Defendant)
11. Tsverov, Ruvmin (Defendant)

5

State Defs.' Objections to Tentative Pretrial Order  (2:21-cv-02075-DAD-CSK)

...

# ATTACHMENT C

**DEFENDANTS' WITNESS LIST**

Defendants may call the following individuals to testify at trial, in addition to the joint witnesses identified in Attachment A:

1. Greg Meyer (Defendants' joint police practices expert)
2. Cardenas, George (Decedent's partner)
3. Tien, Ivan (CHP Captain/Area Commander)
4. Huggins, Britney (Bel Air employee)
5. Barron-Perez, Lynnette (Bel Air employee)
6. Barrientoz, Zoila (Bel Air employee)
7. Lam-Hoover, Savanna (Bel Air employee)
8. Lugo, Frank (Bel Air employee)
9. Su, Keng-Chih (Kenny), M.D. (performed the autopsy)
10. Kolpacoff, Chad (Sacramento Fire Dep't (SFD) Firefighter/Paramedic Truck 43)
11. Barnick, Matt (SFD Firefighter Truck 43).
12. Fischer, Kurt (SFD Engineer Truck 43)
13. Charron, David (SFD Captain Truck 43)
14. McClain, Stephen (SFD Firefighter/Paramedic Medic-30)
15. Lemons, Matthew (SFD Firefighter/Paramedic Medic-30)
16. Gennuso, Martin (SFD Firefighter/Engineer Engine 18)
17. J. Ward (SFD Firefighter/Paramedic Engine 18)
18. Steppig, Brhett (SFD Battalion Commander)

State Defs.' Objections to Tentative Pretrial Order  (2:21-cv-02075-DAD-CSK)

# ATTACHMENT F

**DEFENDANTS' EXHIBIT LIST**

| Exh. | Description |
|---|---|
| A | CHP Incident Detail Report (CAD Log) No. 201213SA00205 [AGO2-AGO6] |
| B | CHP Dispatch Audio Recording [AGO7] |
| C | CHP Gold Radio Audio Recording [AGO8] |
| D | Mobile Video Audio Recording System (MVARS) for Officer Simpson [AGO9-AGO10] |
| E | December 13, 2020 Surveillance Videos from Bel Air Store [AGO356-AGO368] |
| F | Scene Photographs taken by CHP [AGO369-AGO518] |
| G | Photographs of Bel Air Store, taken by CHP [AGO519-AGO536] |
| H | Photographs of Suspect's Vehicle taken by CHP [AGO575-AGO582] |
| I | Photographs of Knife [AGO56 & 20-362291_507.JPG_9169909] |
| J | Sample/Replica of Bread Knife (Demonstrative only) |
| K | Toxicology Report [AGO151-AGO153] |
| L | CHP Audio Recording of Interview Bel Air employee Brian Jackson [AGO351] |
| M | CHP Audio Recording of Interview Bel Air employee Brittany Huggins [AGO352] |
| N | CHP Audio Recording of Interview Bel Air employee Canrui Yu [AGO353] |
| O | CHP Audio Recording of Interview Bel Air employee Frank Lugo [AGO354] |
| P | CHP Audio Recording of Interview Bel Air employee Savannah Hoover [AGO355] |
| Q | Plaintiff's Government Claims Nos. 21002178 and 21002179 and related correspondence [AGO591-AGO612] |
| R | Jordan Zenka's records from Pacific Crest Trail Detox [PLTF0036-PLTF0101] |
| S | CHP Use of Force Policy v12-2020 [AGO613-AGO634] |
| T | Michael Simpson's CHP Training Records [AGO307-AGO340] |
| U | Greg Meyer's Curriculum Vitae/Resume (produced with State Defendants' expert disclosures) |
| V | Greg Meyer's Expert Report and Supporting Material (produced with State Defendants' expert disclosures) |
| W | Transcript of Greg Meyer's Deposition, taken 7/13/2023 [refresh recollection] |
| X | Transcript of Mary Lennox's Deposition, taken 2/9/2023 [impeachment] |
| Y | Transcript of George Cardena's Deposition, taken 5/17/2023 [impeachment/refresh recollection] |
| Z | Transcript of Michael Simpson's Deposition, taken 9/22/2022 [refresh recollection] |
| AA | Transcript of Roger Clark's Deposition, taken 8/1/2023 [impeachment] |
| BB | Roger Clark's May 31, 2023 Expert Report [impeachment] |
| CC | Order from Other Cases Excluding/limiting Roger Clark's Expert Testimony [impeachment] |

7

State Defs.' Objections to Tentative Pretrial Order  (2:21-cv-02075-DAD-CSK)

| Exh. | Description |
|---|---|
| DD | Deposition Transcripts of Roger Clark from Other Cases [impeachment] |
| EE | Plaintiff's Responses to Defendant State of California's Interrogatories, Set One [impeachment/refresh recollection] |
| FF | Plaintiff's Responses to Defendant Simpson's Interrogatories, Set One [impeachment/refresh recollection] |
| GG | Plaintiff's Responses to Defendant Simpson's Interrogatories, Set Two [impeachment/refresh recollection] |
| HH | Plaintiff's Responses to Defendant State of California's Request for Production of Documents, Set One [impeachment/refresh recollection] |
| II | Plaintiff's Responses to Defendant State of California's Request for Production of Documents, Set Two [impeachment/refresh recollection] |
| JJ | Plaintiff's Responses to Defendant Simpson's Request for Production of Documents, Set One [impeachment/refresh recollection] |

8

State Defs.' Objections to Tentative Pretrial Order  (2:21-cv-02075-DAD-CSK)