UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-02075-DAD-CSK<br><br>*Honorable Dale A. Drozd*<br>*Honorable Mag. Judge Chi Soo Kim*<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO EXCLUDE EVIDENCE AND ARGUMENT AT TRIAL** |

**[PROPOSED] ORDER**

Having considered Plaintiff's Motion in Limine No. 1, it is hereby ordered as follows: Defendants and their counsel are precluded from offering evidence, argument, or testimony at trial regarding the following subjects and matters:

1. Any drug or alcohol use by Mr. Zenka, including toxicology evidence, testimony regarding prior drug or alcohol use, and evidence regarding any drug or alcohol rehabilitation program;
2. Any criminal history of Mr. Zenka, including any law enforcement contacts, arrests, or convictions, from before the date of the subject incident;
3. Any books or writings found among Mr. Zenka's possessions after the subject incident; and
4. Any statements made by Mr. Zenka to bystanders at the scene of the subject incident prior to the officers' arrival.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HONORABLE DALE A. DROZD
UNITED STATES DISTRICT JUDGE