**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; STATE OF CALIFORNIA; MICHAEL PINOLA; MICHAEL SIMPSON; TRAVIS HUNKAPILLER; RUVMIN TSVEROV; ROBERT LINDNER; ANGEL ESPINOZA; JOSEPH SWALEH; JASON FINNECUM; and JOHN HELMICH,<br><br>Defendants. | Case No. 2:21-cv-02075-DAD-KJN<br><br>Assigned to:<br>*Honorable Dale A. Drozd*<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 2 TO EXCLUDE ANY EVIDENCE, TESTIMONY, OR ARGUMENT REGARDING SUICIDE BY COP** |

1

[PROPOSED] ORDER

1. Having considered Plaintiff's Motion in Limine No. 2, it is hereby ordered as follows: Defendants and their counsel are precluded from offering evidence, argument, or testimony that Mr. Zenka was suicidal or attempting to commit suicide by cop.

**IT IS SO ORDERED.**

DATED: _____  _____
Honorable Dale A. Drozd
U.S. District Judge