**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; STATE OF CALIFORNIA; MICHAEL PINOLA; MICHAEL SIMPSON; TRAVIS HUNKAPILLER; RUVMIN TSVEROV; ROBERT LINDNER; ANGEL ESPINOZA; JOSEPH SWALEH; JASON FINNECUM; and JOHN HELMICH,<br><br>Defendants. | Case No. 2:21-cv-02075-DAD-KJN<br><br>Assigned to:<br>*Honorable Dale A. Drozd*<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 3 TO EXCLUDE ANY EVIDENCE, TESTIMONY, OR ARGUMENT THAT DEFENDANT OFFICER MICHAEL SIMPSON HAD NO OTHER SHOOTINGS** |

1

Having considered Plaintiff's Motion in Limine No. 3, it is hereby ordered as follows: Defendants and their counsel are precluded from offering evidence, argument, or testimony that Officer Simpson's disciplinary record does not include any uses of deadly force prior to or after his shooting of Mr. Zenka.

**IT IS SO ORDERED.**

DATED: _____    _____
                            Honorable Dale A. Drozd
                            U.S. District Judge