**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; STATE OF CALIFORNIA; MICHAEL PINOLA; MICHAEL SIMPSON; TRAVIS HUNKAPILLER; RUVMIN TSVEROV; ROBERT LINDNER; ANGEL ESPINOZA; JOSEPH SWALEH; JASON FINNECUM; and JOHN HELMICH,<br><br>Defendants. | Case No. 2:21-cv-02075-DAD-KJN<br><br>Assigned to:<br>*Honorable Dale A. Drozd*<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 2 TO EXCLUDE ANY FINDINGS BY ANY AGENCY** |

Having considered Plaintiff's Motion in Limine No. 4, it is hereby ordered as follows: Defendants and their counsel are precluded from offering evidence, argument, or testimony regarding any findings by any agency. This includes any evidence, testimony, argument, or reference at trial to the District Attorney's conclusion that the defendant officers' uses of force against Mr. Zenka was any of the following: (1) not criminal; (2) reasonable; and/or (3) justified.  This also includes evidence, testimony, argument, or reference at trial to the City of Sacramento and State of California's and/or CHP's findings that the shooting was any of the following: (1) within policy; (2) reasonable; and/or (3) justified.

**IT IS SO ORDERED.**

DATED: _____  _____
                                Honorable Dale A. Drozd
                                U.S. District Judge