LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
Benjamin S. Levine, Esq. (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:     (818) 347-3333
Facsimile:      (818) 347-4118

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 2:21-cv-02075-DAD-CSK<br><br>Assigned to:<br>*Honorable Dale A. Drozd*<br>*Honorable Mag. Judge Chi Soo Kim*<br><br>**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBITS**<br><br>Trial Date:  February 18, 2025<br>Courtroom:  4, 15th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THIS HONORABLE COURT,** pursuant to this Court's Final Pretrial Order, Plaintiff hereby submits the following objections to Defendants' Exhibit List [Dkt. 78, Attachment F]:

| Def. Ex. | Description | Pl.'s Objection |
|---|---|---|
| A | CHP Incident Detail Report (CAD Log) No. 201213SA00205 (AGO2–AGO6) | FRE 403, 801, 802 |
| B | CHP Dispatch Audio Recording (AGO7) | FRE 401, 402, 403, 801, 802 |
| C | CHP Gold Radio Audio Recording (AGO8) | FRE 401, 402, 403, 801, 802 |
| D | Mobile Video Audio Recording System (MVARS) for Officer Simpson (AGO9–AGO10) | FRE 401, 402 |
| E | December 13, 2020 surveillance videos from Bel Air Store (AGO356–AGO368) | FRE 401, 402, 403 |
| F | Scene photographs taken by CHP (AGO369–AGO518) | |
| G | Photographs of Bel Air Store taken by CHP (AGO519–AGO536) | |
| H | Photographs of suspect's vehicle taken by CHP (AGO575–AGO582) | FRE 401, 402, 403 |
| I | Photographs of knife (AGO 56 & 20-362291_507.jpg_9169909) | FRE 401, 402, 403, 901 (as to AGO 56) |
| J | Sample/replica of bread knife | FRE 403; Pl.'s Opp. to Defs.' MIL No. 7 |
| K | Toxicology Report (AGO151–AGO153) | FRE 401, 402, 403, 404, 801, 802; Pl.'s MIL No. 1 |
| L | CHP audio recording of interview Bel Air employee Brian Jackson (AGO351) | FRE 401, 402, 403, 801, 802; Pl.'s MIL No. 1 |

| | | | |
|---|---|---|---|
| 1 2 | M | CHP audio recording of interview Bel Air employee Brittany Huggins (AGO352) | FRE 401, 402, 403, 404, 702, 801, 802, *Daubert*; Pl.'s MILs No. 1, 2 |
| 3 4 | N | CHP audio recording of interview Bel Air employee Canrui Yu (AGO353) | FRE 401, 402, 403, 801, 802; Pl.'s MIL No. 1 |
| 5 6 | O | CHP audio recording of interview Bel Air employee Frank Lugo (AGO354) | FRE 401, 402, 403, 404, 702, 801, 802, *Daubert*; Pl.'s MILs No. 1, 2 |
| 7 8 | P | CHP audio recording of interview Bel Air employee Savannah Hoover (AGO355) | FRE 401, 402, 403, 801, 802; Pl.'s MIL No. 1 |
| 9 10 11 | Q | Plaintiff's Government Claims Nos. 21002178 and 21002179 and related correspondence (AGO591–AGO612) | FRE 401, 402, 801, 802 |
| 12 13 | R | Jordan Zenka's records from Pacific Crest Trail Detox (PLTF0036–PLTF0101) | FRE 401, 402, 403, 404, 801, 802; Pl.'s MIL No. 1 |
| 14 15 | S | CHP Use of Force Policy v12-2020 (AGO613–AGO634) | FRE 403, 801, 802 |
| 16 17 | T | Michael Simpson's CHP training records (AGO307–AGO340) | FRE 403, 801, 802 |
| 18 | U | Greg Meyer's Curriculum Vitae/resume | FRE 401, 402, 403, 801, 802 |
| 19 20 | V | Greg Meyer's expert report and supporting material | FRE 801, 802 (impeachment only) |
| 21 22 | W | Transcript of Greg Meyer's deposition, taken 7/13/2023 | FRE 801, 802 (impeachment only) |
| 23 24 | X | Transcript of Mary Lennox's deposition, taken 2/9/2023 | FRE 401, 402, 403, 801, 802; Pl.'s MIL No. 1 |
| 25 26 | Y | Transcript of George Cardena's deposition, taken 5/17/2023 | FRE 401, 402, 403, 801, 802; Pl.'s MIL No. 1 |
| 27 28 | Z | Transcript of Michael Simpson's deposition, taken 9/22/2022 | FRE 801, 802 (impeachment only) |

| | | |
|---|---|---|
| AA | Transcript of Roger Clark's deposition, taken 8/1/2023 | FRE 801, 802 (impeachment only) |
| AB | Roger Clark's May 31, 2023 expert report | FRE 801, 802 (impeachment only) |
| AC | Order from other cases excluding/limiting Roger Clark's expert testimony | FRE 401, 402, 403, 801, 802 |
| AD | Deposition transcripts of Roger Clark from other cases | FRE 401, 402, 403 |
| AE | Plaintiff's responses to defendant State of California's interrogatories, set one | FRE 801, 802 (impeachment only) |
| AF | Plaintiff's responses to defendant Simpson's interrogatories, set one | FRE 801, 802 (impeachment only) |
| AG | Plaintiff's responses to defendant Simpson's interrogatories, set one | FRE 801, 802 (impeachment only) |
| AH | Plaintiff's responses to defendant State of California's request for production of documents, set one | FRE 801, 802 (impeachment only) |
| AI | Plaintiff's responses to defendant State of California's request for production of documents, set two | FRE 801, 802 (impeachment only) |
| AJ | Plaintiff's responses to defendant Simpson's request for production of documents, set one | FRE 801, 802 (impeachment only) |

/ / /

/ / /

/ / /

/ / /

1 | Respectfully submitted,

3 | DATED:  February 4, 2025            LAW OFFICES OF DALE K. GALIPO

By          /s/ Dale K. Galipo
Dale K. Galipo
Renee V. Masongsong
Benjamin S. Levine
*Attorneys for Plaintiff*