ROB BONTA, State Bar No. 202668
Attorney General of California
NORMAN D. MORRISON, State Bar No. 212090
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7320
  Facsimile: (916) 322-8288
  E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants State of California, by and through the California Highway Patrol, and Michael Simpson*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARY ELLEN LENNOX,<br><br>                              Plaintiff,<br><br>   v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>                              Defendants. | No. 2:21-cv-02075 DAD-CSK<br><br>**STATE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 3 REGARDING SIMPSON'S USE-OF-FORCE HISTORY; SUPPORTING DECLARATION**<br><br>Trial:         February 18, 2025<br>Time:         9:00 a.m.<br>Courtroom:  4 (15th Floor)<br>Judge:        Hon. Dale A. Drozd<br>Action Filed: August 26, 2021 |

Defendants State of California, by and through the California Highway Patrol, and Michael Simpson (State Defendants) do not oppose Plaintiff's motion to preclude Simpson from testifying that he has not been involved in a prior shooting incident only to the extent that Plaintiff's counsel and her expert do not "open" the door. Plaintiff's negligence claim is premised on a number of alleged failings on Simpson's part, such as, failure to properly assess the need to use lethal force and other force, failure to properly train with respect to the use of deadly force, and failure to ensure that adequate numbers of employees with appropriate education and training were

1

available. (Second Am. Compl. ¶ 99(a)-(h), ECF No. 21.) Simpson cannot reasonably anticipate what questions Plaintiff's counsel may ask that may require an explanation, based on his experiences, or lack thereof, and training, to address these alleged failings. For these reasons, the Court should grant Plaintiff's motion without prejudice to State Defendants raising this issue if Plaintiff's counsel elicit, or her expert offers testimony that may require Simpson to explain or rebut those contentions or testimony.

Dated: February 4, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants State of Cal. and Simpson*

SA2021305171
38743837.docx

2

State Defs.' Opp'n to Pl.'s MIL No. 3 re Simpson's Shooting History
(2:21-cv-02075-DAD-CSK)