ROB BONTA, State Bar No. 202668
Attorney General of California
NORMAN D. MORRISON, State Bar No. 212090
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7320
 Facsimile: (916) 322-8288
 E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants State of California, by and through the California Highway Patrol, and Michael Simpson*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARY ELLEN LENNOX,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>          Defendants. | No. 2:21-cv-02075 DAD-CSK<br><br>**STATE DEFENDANTS' OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS**<br><br>Trial:    February 18, 2025<br>Time:    9:00 a.m.<br>Courtroom: 4 (15th Floor)<br>Judge:   Hon. Dale A. Drozd<br>Action Filed: August 26, 2021 |

  Defendants State of California, by and through the California Highway Patrol, and Michael Simpson (State Defendants) object to Plaintiff's trial exhibits as follows:

  1. Ex. 1 Simpson Interview: Irrelevant and prejudicial. Fed. R. Evid. 401-403.

  2. Ex. 2 Simpson Charting Photos: Irrelevant, prejudicial, cumulative. Fed. R. Evid. 401-403, 611(a).

  3. Ex. 3-5 Still Photos from Video Recordings: Authenticity and lack foundation. Fed. R. Evid. 602, 901(a).

4. Ex. 6 Scene Photographs (depicting decedent's bloody body): Irrelevant, prejudicial, inflammatory, and cumulative. Fed. R. Evid. 401-403, 611(a); *see* State Defs. Mot. In Limine No. 3 (ECF No. 86).

5. Ex. 7 Portion of Autopsy Report: Lacks foundation and calls for expert opinion. Fed. R. Evid. 602, 701-702, 901(a).

6. Ex. 8-9 Family Photos: Irrelevant, prejudicial, and cumulative. Fed. R. Evid. 401-403, 611(a). (State Defendants do not object to a couple of photos of Zenka being shown, but the number of photos in Exhibit 8 are excessive and the shirtless photos of him are unnecessary.)

7. Ex. 10 Notes: Lacks foundation and authenticity. Fed. R. Evid. 601, 901(a).

8. Ex. 11 Portion of POST Domain: Lacks foundation, authenticity, irrelevant, and calls for expert opinion. Fed. R. Evid. 401-403, 601, 602, 701-702, 901(a).

Dated: February 4, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants State of Cal. and Simpson*

SA2021305171
38760354.docx