1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  NORMAN D. MORRISON, State Bar No. 212090
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7320
6   Facsimile: (916) 322-8288
    E-mail: Diana.Esquivel@doj.ca.gov
7  *Attorneys for Defendants State of California, by and through the California Highway Patrol, and Michael*
8  *Simpson*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARY ELLEN LENNOX,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF SACRAMENTO, et al.,**<br><br>Defendants. | No. 2:21-cv-02075 DAD-CSK<br><br>**STATE DEFENDANTS' NOTICE OF LODGING ORIGINAL DEPOSITION TRANSCRIPTS WITH THE COURT**<br><br>Trial:         February 18, 2025<br>Time:         9:00 a.m.<br>Courtroom:     4 (15th Floor)<br>Judge:         Hon. Dale A. Drozd<br>Action Filed:  August 26, 2021 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants State of California, by and through the California Highway Patrol, and Michael Simpson lodged with the Court the sealed original deposition transcripts listed below as ordered by the Court in its Final Pretrial Order (ECF No. 78).

1. Mary Lennox, taken February 9, 2023

2. George Cardenas, taken May 17, 2023

///

1

3. Roger Clark, taken August 1, 2023

Dated: February 4, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants State of Cal. and Simpson*

SA2021305171
38766187.docx

2

State Defs.' Notice of Lodging Original Deposition Transcripts  (2:21-cv-02075-DAD-CSK)