LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
Benjamin S. Levine, Esq. (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:  (818) 347-3333
Facsimile:  (818) 347-4118

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 2:21-cv-02075-DAD-CSK<br><br>Assigned to:<br>*Honorable Dale A. Drozd*<br>*Honorable Mag. Judge Chi Soo Kim*<br><br>**PLAINTIFF'S NOTICE OF LODGING ORIGINAL DEPOSITION TRANSCRIPT WITH THE COURT**<br><br>Trial: February 18, 2025<br>Time: 9:00 a.m.<br>Courtroom: 4 (15th Floor)<br>Judge: Hon. Dale A. Drozd |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants State of California, by and through the California Highway Patrol, and Michael Simpson lodged with the Court the sealed original deposition transcripts listed below as ordered by the Court in its Final Pretial Order (ECF No. 78).

1. Angel Espinoza taken, December 13, 2022
2. Jason A. Finnicum taken, November 17, 2022
3. John Helmich taken, November 18, 2022

4. Travis Hunkapiller, taken January 23, 2023

5. Robert Lindner, taken November 16, 2022

6. Michael Pinola, taken September 6, 2022

7. Michael Simpson, taken September 22, 2022

8. Ruvim Tsverov, taken November 15, 2022

9. Joseph Swaleh, taken September 29, 2022

10. Greg Meyer, taken July 13, 2023

Dated: February 5, 2025         LAW OFFICES OF DALE K. GALIPO

                                By:     /s/ *Renee V. Masongsong*
                                        Dale K. Galipo
                                        Renee V. Masongsong
                                        Benjamin S. Levine
                                        Attorneys for Plaintiff