LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; STATE OF CALIFORNIA; MICHAEL PINOLA; MICHAEL SIMPSON; TRAVIS HUNKAPILLER; RUVMIN TSVEROV; ROBERT LINDNER; ANGEL ESPINOZA; JOSEPH SWALEH; JASON FINNICUM; and JOHN HELMICH,<br><br>Defendants. | Case No. 2:21-cv-02075-DAD-CSK<br><br>Assigned to:<br>*Hon. District Judge Dale A. Drozd*<br><br>**PLAINTIFF'S [PROPOSED] SPECIAL VERDICT FORM (VERSION 2)** |

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

    **PLEASE TAKE NOTICE THAT** Plaintiff hereby submits her [Proposed] Special Verdict Form. This is the second of two proposed versions.

Respectfully submitted,

DATED: February 6, 2025        LAW OFFICES OF DALE K. GALIPO

                                    By      /s/ Dale K. Galipo
                                           Dale K. Galipo
                                           Renee V. Masongsong
                                           Benjamin S. Levine
                                           Attorneys for Plaintiff

We, the jury in the above-entitled action, find the following:

**QUESTION 1:** Did any of the defendant officers use excessive or unreasonable less-lethal force against Jordan Zenka before Jordan Zenka was shot?

| | | |
|---|---|---|
| Robert Lindner (40 mm launcher) | _____ YES | _____ NO |
| Angel Espinoza (40 mm launcher) | _____ YES | _____ NO |
| John Helmich (40 mm launcher) | _____ YES | _____ NO |
| Jason Finnicum (beanbag shotgun) | _____ YES | _____ NO |
| Joseph Swaleh (beanbag shotgun) | _____ YES | _____ NO |

*Please proceed to Question 2.*

**QUESTION 2:** Did any of the defendant officers use excessive or unreasonable lethal force against Jordan Zenka?

| | | |
|---|---|---|
| Michael Pinola (shooter) | _____ YES | _____ NO |
| Michael Simpson (shooter) | _____ YES | _____ NO |

*Please proceed to Question 3.*

/ / /

/ / /

/ / /

-2-
PLAINTIFF'S [PROPOSED] SPECIAL VERDICT FORM

**QUESTION 3:** Did any of the defendant officers use excessive or unreasonable less-lethal force against Jordan Zenka after Jordan Zenka was shot?

| | | |
|---|---|---|
| Ruvim Tsverov (taser) | _____ YES | _____NO |
| Robert Lindner (40 mm launcher) | _____ YES | _____NO |
| John Helmich (40 mm launcher) | _____ YES | _____NO |

*If you answered "yes" to Questions 1, 2, or 3 for any defendant officer, please proceed to Question 4. If you answered "no" to Questions 1, 2, and 3 for every defendant officer, please proceed to Question 6.*

**QUESTION 4:** Was the use of excessive or unreasonable force against Jordan Zenka by any of the defendant officers a cause of harm, injury, damage, or death to Jordan Zenka?

| | | |
|---|---|---|
| Michael Pinola (shooter) | _____ YES | _____NO |
| Michael Simpson (shooter) | _____ YES | _____NO |
| Ruvmin Tsverov (taser) | _____ YES | _____NO |
| Robert Lindner (40 mm launcher) | _____ YES | _____NO |
| Angel Espinoza (40 mm launcher) | _____ YES | _____NO |
| John Helmich (40 mm launcher) | _____ YES | _____NO |
| Jason Finnicum (beanbag shotgun) | _____ YES | _____NO |
| Joseph Swaleh (beanbag shotgun) | _____ YES | _____NO |

*Please proceed to the next Question.*

-3-
PLAINTIFF'S [PROPOSED] SPECIAL VERDICT FORM

**QUESTION 5:** Did the defendant supervising officer Travis Hunkapiller cause any of the other defendant officers to use excessive or unreasonable force against Jordan Zenka?

| | | |
|---|---|---|
| Michael Pinola (shooter) | _____ YES | _____ NO |
| Michael Simpson (shooter) | _____ YES | _____ NO |
| Ruvmin Tsverov (taser) | _____ YES | _____ NO |
| Robert Lindner (40 mm launcher) | _____ YES | _____ NO |
| Angel Espinoza (40 mm launcher) | _____ YES | _____ NO |
| John Helmich (40 mm launcher) | _____ YES | _____ NO |
| Jason Finnicum (beanbag shotgun) | _____ YES | _____ NO |
| Joseph Swaleh (beanbag shotgun) | _____ YES | _____ NO |

*Please proceed to the next Question.*

**QUESTION 6:** Were any of the defendant officers negligent toward Jordan Zenka?

| | | |
|---|---|---|
| Michael Pinola (shooter) | _____ YES | _____ NO |
| Michael Simpson (shooter) | _____ YES | _____ NO |
| Ruvmin Tsverov (taser) | _____ YES | _____ NO |
| Robert Lindner (40 mm launcher) | _____ YES | _____ NO |
| Angel Espinoza (40 mm launcher) | _____ YES | _____ NO |
| John Helmich (40 mm launcher) | _____ YES | _____ NO |
| Jason Finnicum (beanbag shotgun) | _____ YES | _____ NO |
| Joseph Swaleh (beanbag shotgun) | _____ YES | _____ NO |
| Travis Hunkapiller (supervisor) | _____ YES | _____ NO |

*If you answered "yes" to Question 6 for any defendant officer, please proceed to Question 7. If you answered "no" to Question 6 for every defendant officer, please proceed to Question 11.*

**QUESTION 7:** Was the negligence of any of the defendant officers a cause of harm, injury, damage, or death to Jordan Zenka?

| Officer | | |
|---|---|---|
| Michael Pinola (shooter) | _____ YES | _____ NO |
| Michael Simpson (shooter) | _____ YES | _____ NO |
| Ruvmin Tsverov (taser) | _____ YES | _____ NO |
| Robert Lindner (40 mm launcher) | _____ YES | _____ NO |
| Angel Espinoza (40 mm launcher) | _____ YES | _____ NO |
| John Helmich (40 mm launcher) | _____ YES | _____ NO |
| Jason Finnicum (beanbag shotgun) | _____ YES | _____ NO |
| Joseph Swaleh (beanbag shotgun) | _____ YES | _____ NO |
| Travis Hunkapiller (supervisor) | _____ YES | _____ NO |

*If you answered "yes" to Question 7 for any defendant officer, please proceed to Question 8. If you answered "no" to Question 7 for every defendant officer, please proceed to Question 11.*

**QUESTION 8:** Was Jordan Zenka negligent?

_____ YES       _____ NO

*If you answered "Yes" to Question 8, please answer Question 9. If you answered "No" to Question 8, please proceed to Question 11.*

**QUESTION 9:** Was Jordan Zenka's negligence a cause of his harm, injury, damage, or death?

_____ YES       _____ NO

*If you answered "Yes" to Question 9, please answer Question 10. If you answered "No" to Question 9, please proceed to Question 11.*

-5-
PLAINTIFF'S [PROPOSED] SPECIAL VERDICT FORM

**QUESTION 10:** What percentage of negligence that was a cause of Jordan Zenka's harm, injury, damage, or death do you assign to the defendant officers, and what percentage of negligence that was a cause of Jordan Zenka's harm, injury, damage, or death do you assign to Jordan Zenka, if any? (Your total should equal 100%)

| | |
|---|---|
| Michael Pinola (shooter) | _____ % |
| Michael Simpson (shooter) | _____ % |
| Ruvmin Tsverov (taser) | _____ % |
| Robert Lindner (40 mm launcher) | _____ % |
| Angel Espinoza (40 mm launcher) | _____ % |
| John Helmich (40 mm launcher) | _____ % |
| Jason Finnicum (beanbag shotgun) | _____ % |
| Joseph Swaleh (beanbag shotgun) | _____ % |
| Travis Hunkapiller (supervisor) | _____ % |
| Jordan Zenka | _____ % |

*If you answered "Yes" to Questions 1, 2, 3, or 5 for any defendant officer, please answer Question 11. If you answered "No" to Questions 1, 2, 3, and 5 for every defendant officer, please proceed to Question 13.*

/ / /

/ / /

/ / /

-6-
PLAINTIFF'S [PROPOSED] SPECIAL VERDICT FORM

**QUESTION 11:** Did any of the defendant officers act with reckless disregard for Jordan Zenka's constitutional right to be free from excessive force?

| Officer | | |
|---|---|---|
| Michael Pinola (shooter) | _____ YES | _____ NO |
| Michael Simpson (shooter) | _____ YES | _____ NO |
| Ruvmin Tsverov (taser) | _____ YES | _____ NO |
| Robert Lindner (40 mm launcher) | _____ YES | _____ NO |
| Angel Espinoza (40 mm launcher) | _____ YES | _____ NO |
| John Helmich (40 mm launcher) | _____ YES | _____ NO |
| Jason Finnicum (beanbag shotgun) | _____ YES | _____ NO |
| Joseph Swaleh (beanbag shotgun) | _____ YES | _____ NO |
| Travis Hunkapiller (supervisor) | _____ YES | _____ NO |

*If you answered "Yes" to Questions 4, 5, 7, or 11 for any defendant officer, please answer Question 12. If you answered "No" to Questions 4, 5, 7, and 11 for every defendant officer, please proceed to Question 13.*

**QUESTION 12:** What are Jordan Zenka' damages for his pre-death pain and suffering and loss of life?

    Pre-death pain and suffering    $_____

    Loss of life    $_____

*Please proceed to the next Question.*

**QUESTION 13:** Did any of the defendant officers interfere with Plaintiff Mary Ellen Lennox's right to a familial relationship with her son, Jordan Zenka?

| Officer | YES | NO |
|---|---|---|
| Michael Pinola (shooter) | _____ | _____ |
| Michael Simpson (shooter) | _____ | _____ |
| Ruvmin Tsverov (taser) | _____ | _____ |
| Robert Lindner (40 mm launcher) | _____ | _____ |
| Angel Espinoza (40 mm launcher) | _____ | _____ |
| John Helmich (40 mm launcher) | _____ | _____ |
| Jason Finnicum (beanbag shotgun) | _____ | _____ |
| Joseph Swaleh (beanbag shotgun) | _____ | _____ |
| Travis Hunkapiller (supervisor) | _____ | _____ |

*If you answered "Yes" to Questions 2, 7, or 13 for any defendant officer, please answer Question 14. If you answered "No" to Questions 2, 7, and 13 for every defendant officer, please sign and date the verdict form and return it to the Court.*

**QUESTION 14:** What are Plaintiff Mary Ellen Lennox's wrongful death damages for the loss of Jordan Zenka?

Past wrongful death damages          $_____

Future wrongful death damages        $_____

*Please sign and date the verdict form and return it to the Court*

Dated: _____                    _____
                                                                 Jury Foreperson

-8-
PLAINTIFF'S [PROPOSED] SPECIAL VERDICT FORM