1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  NORMAN D. MORRISON, State Bar No. 212090
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-7320
6    Facsimile: (916) 322-8288
     E-mail: Diana.Esquivel@doj.ca.gov
7  *Attorneys for Defendants State of California, by and through the
   California Highway Patrol, and Michael Simpson*

8  SUSANA ALCALA WOOD, City Attorney (SBN 156366)
9  SEAN D. RICHMOND, Senior Deputy Attorney (SBN 210138)
   srichmond@cityofsacramento.org
10 KATE D.L. BROSSEAU, Deputy City Attorney (SBN 345596)
   kbrosseau@cityofsacramento.org
11 CITY OF SACRAMENTO
   915 I Street, Room 4010
12 Sacramento, CA 95814-2608
   Telephone: (916) 808-5346
13 Facsimile: (916) 808-7455
   *Attorneys for Defendants the City of Sacramento, Michael Pinola,*
14 *Travis Hunkapiller, Ruvim Tsverov, Robert Lindner, Angel Espinoza,*
   *Joseph Swaleh, Jason Finnecum, and John Helmich*
15

16              IN THE UNITED STATES DISTRICT COURT

17           FOR THE EASTERN DISTRICT OF CALIFORNIA

18                     SACRAMENTO DIVISION

19

20 | **MARY ELLEN LENNOX,** | No. 2:21-cv-02075 DAD-CSK |
21 | Plaintiff, | **DEFENDANTS' JOINT PROPOSED VERDICT FORM** |
22 | v. | Trial: February 18, 2025 |
23 | | Time: 9:00 a.m. |
   | **CITY OF SACRAMENTO, et al.,** | Courtroom: 4 (15th Floor) |
24 | | Judge: Hon. Dale A. Drozd |
   | Defendants. | Action Filed: August 26, 2021 |
25

26 / / /

27 / / /

28

                                  1

Defendants jointly submit the following proposed verdict form for use at trial.

Dated: February 6, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants State of Cal. and Simpson*

SA2021305171
38760289.docx

Dated: February 6, 2025

SUSANA ALCALA WOOD,
City Attorney

*/s/ Kate D.L. Brosseau* (as authorized 2/6/25)

KATE D.L. BROSSEAU
Deputy City Attorney
*Attorneys for Defendants the City of Sacramento, Michael Pinola, Travis Hunkapiller, Ruvim Tsverov, Robert Lindner, Angel Espinoza, Joseph Swaleh, Jason Finnecum, and John Helmich*

We, the jury, unanimously find the following verdict on the questions submitted to us:

**FEDERAL CIVIL RIGHTS**

**Question 1:** Do you find that any of the following Defendants used excessive force against decedent Jordan Zenka in violation of his Fourth Amendment rights which caused him harm?

| | | |
|---|---|---|
| Angel Espinoza | Yes _____ | No _____ |
| Jason Finnecum | Yes _____ | No _____ |
| John Helmich | Yes _____ | No _____ |
| Travis Huckapiller | Yes _____ | No _____ |
| Robert Lindner | Yes _____ | No _____ |
| Michael Pinola | Yes _____ | No _____ |
| Michael Simpson | Yes _____ | No _____ |
| Joseph Swaleh | Yes _____ | No _____ |
| Ruvmin Tsverov | Yes _____ | No _____ |

*If you answered "yes" as to any Defendant, go to Question 2.*

*If you answered "no" as to all Defendants, skip Questions 3-6 and go to Question 7.*

**Question 2:** Do you find that any of the following Defendants, for whom you answered "yes" to Question 1, were deliberately indifferent to Plaintiff Mary Lennox's familial relationship with decedent Jordan Zenka in violation of her Fourteenth Amendment rights which caused her harm?

| | | |
|---|---|---|
| Angel Espinoza | Yes _____ | No _____ |
| Jason Finnecum | Yes _____ | No _____ |
| John Helmich | Yes _____ | No _____ |
| Travis Huckapiller | Yes _____ | No _____ |
| Robert Lindner | Yes _____ | No _____ |
| Michael Pinola | Yes _____ | No _____ |
| Michael Simpson | Yes _____ | No _____ |

|   |                    |                |                |
|---|--------------------|----------------|----------------|
| 1 | Joseph Swaleh      | Yes _____    | No _____     |
| 2 | Ruvmin Tsverov     | Yes _____    | No _____     |

*Go to Question 3.*

**Question 3:** Do you find that Defendant Travis Hunkapillar, in his supervisory capacity, set into motion a series of actions by his subordinates that deprived decedent Jordan Zenka his constitutional rights that caused him harm?

        Yes _____        No _____

*Go to Question 4.*

**Question 4**: As to any Defendant for whom you answered "yes" in Questions 1 to 3, above, what is the amount of compensatory damages, if any, you are awarding that Plaintiff Mary Lennox, individually and/or as successor in interest to Jordan Zenka, for the violation of her or Zenka's constitutional rights?

| Defendant | Amount | |
|---|---|---|
| Angel Espinoza | $_____ | or [ ] nominal damages of $1.00. |
| Jason Finnecum | $_____ | or [ ] nominal damages of $1.00. |
| John Helmich | $_____ | or [ ] nominal damages of $1.00. |
| Travis Huckapiller | $_____ | or [ ] nominal damages of $1.00. |
| Robert Lindner | $_____ | or [ ] nominal damages of $1.00. |
| Michael Pinola | $_____ | or [ ] nominal damages of $1.00. |
| Michael Simpson | $_____ | or [ ] nominal damages of $1.00. |
| Joseph Swaleh | $_____ | or [ ] nominal damages of $1.00. |
| Ruvmin Tsverov | $_____ | or [ ] nominal damages of $1.00. |
| City of Sacramento | $_____ | or [ ] nominal damages of $1.00. |

                        **Total:** $_____

*Go to Question 5.*

Defendants' Joint Proposed Verdict Form (2:21-cv-02075-DAD-CSK)

**Question 5:** As to any Defendant for whom you answered "yes" in Question 1, 2, and/or 3, above, do you find by the preponderance of the evidence that Defendant acted with malice, oppression, or in reckless disregard of Plaintiff Mary Lennox or Jordan Zenka's constitutional rights?

| Defendant | Yes | No |
|---|---|---|
| Angel Espinoza | _____ | _____ |
| Jason Finnecum | _____ | _____ |
| John Helmich | _____ | _____ |
| Travis Huckapiller | _____ | _____ |
| Robert Lindner | _____ | _____ |
| Michael Pinola | _____ | _____ |
| Michael Simpson | _____ | _____ |
| Joseph Swaleh | _____ | _____ |
| Ruvmin Tsverov | _____ | _____ |

*Go to Question 6.*

## STATE LAW CLAIMS

**Question 6:** Do you find that any of the following Defendants committed a battery on decedent Jordan Zenka by using unreasonable or excessive force to which he did not consent and which caused him harm?

| Defendant | Yes | No |
|---|---|---|
| Angel Espinoza | _____ | _____ |
| Jason Finnecum | _____ | _____ |
| John Helmich | _____ | _____ |
| Travis Huckapiller | _____ | _____ |
| Robert Lindner | _____ | _____ |
| Michael Pinola | _____ | _____ |
| Michael Simpson | _____ | _____ |
| Joseph Swaleh | _____ | _____ |
| Ruvmin Tsverov | _____ | _____ |

*Go to Question 7.*

**Question 7:** Do you find that any of the following Defendants intentionally interfered with decedent Jordan Zenka's right to be free from excessive force in violation of the California Bane Act (Cal. Civ. Code § 52.1)?

| Defendant | Yes | No |
|---|---|---|
| Angel Espinoza | _____ | _____ |
| Jason Finnecum | _____ | _____ |
| John Helmich | _____ | _____ |
| Travis Huckapiller | _____ | _____ |
| Robert Lindner | _____ | _____ |
| Michael Pinola | _____ | _____ |
| Michael Simpson | _____ | _____ |
| Joseph Swaleh | _____ | _____ |
| Ruvmin Tsverov | _____ | _____ |

*Go to Question 8.*

**Question 8:** Were any of the following Defendants negligent as to their conduct concerning decedent Jordan Zenka?

| Defendant | Yes | No |
|---|---|---|
| Angel Espinoza | _____ | _____ |
| Jason Finnecum | _____ | _____ |
| John Helmich | _____ | _____ |
| Travis Huckapiller | _____ | _____ |
| Robert Lindner | _____ | _____ |
| Michael Pinola | _____ | _____ |
| Michael Simpson | _____ | _____ |
| Joseph Swaleh | _____ | _____ |
| Ruvmin Tsverov | _____ | _____ |

If you answered "yes" as to any Defendant, go to Question 9.

If you answered "no" as to all Defendants in Question 8, but "yes" as to any Defendant in Question 6 or 7, go to Question 10.

*If you answered "no" as to all Defendants in Questions 6 to 8, skip the remaining questions, and please sign and date this form and submit it to the Courtroom Deputy.*

**Question 9:** As to any Defendant for whom you answered "yes" in Question 8, above, was the negligence of the Defendant a substantial factor in causing decedent Jordan Zenka's death?

| | | |
|---|---|---|
| Angel Espinoza | Yes _____ | No _____ |
| Jason Finnecum | Yes _____ | No _____ |
| John Helmich | Yes _____ | No _____ |
| Travis Huckapiller | Yes _____ | No _____ |
| Robert Lindner | Yes _____ | No _____ |
| Michael Pinola | Yes _____ | No _____ |
| Michael Simpson | Yes _____ | No _____ |
| Joseph Swaleh | Yes _____ | No _____ |
| Ruvmin Tsverov | Yes _____ | No _____ |

*If you answered "yes" as to any Defendant, go to Question. 10.*

*If you answer "no" as to all Defendants but answered "yes" as to any Defendant in Question 6 or 7, go to Question 10.*

*If you answered "no" as to all Defendants in Questions 6, 7, and 9, skip the remaining questions, and please sign and date this form and submit it to the Courtroom Deputy.*

**Question 10:** Was decedent Jordan Zenka negligent?

Yes _____        No _____

*If you answered "yes," go to Question 11.*

*If you answered "no," go to Question 12.*

**Question 11:** Was decedent Jordan Zenka's negligence a substantial factor in causing his death?

      Yes _____          No _____

*Go to Question 12.*

**Question 12:** What percentage of negligence, if any, do you assign to the following individuals for whom you answered "yes" to Questions 9 and 11, above? Your total must equal 100 percent.

| | | |
|---|---|---|
| | Angel Espinoza | _____% |
| | Jason Finnecum | _____% |
| | John Helmich | _____% |
| | Travis Huckapiller | _____% |
| | Robert Lindner | _____% |
| | Michael Pinola | _____% |
| | Michael Simpson | _____% |
| | Joseph Swaleh | _____% |
| | Ruvmin Tsverov | _____% |
| | Jordan Zenka | _____% |
| | Total: | 100% |

*Go to Question 13.*

**Question 13:** What economic damages, if any, has Plaintiff Mary Lennox, individually and/or as successor in interest to decedent Jordan Zenka, sustained as a result of any Defendant's conduct for whom you answered "yes" in Question 6, 7, and/or 9?

    a.    Past financial support that decedent Jordan Zenka would have contributed:    $_____

    b.    Future financial support that decedent Jordan Zenka would have contributed:    $_____

    c.    Past household services that decedent Jordan Zenka would have provided:    $_____

    d.    Future household services that decedent Jordan Zenka would have provided:    $_____

    e.    Past loss of gifts or benefits that Plaintiff Mary Lennox would have expected to receive from decedent Jordan Zenka:    $_____

    f.    Future loss of gifts or benefits that Plaintiff Mary Lennox would have expected to receive from decedent Jordan Zenka:    $_____

    g.    Funeral and burial expenses Plaintiff Mary Lennox incurred:    $_____

**Total Economic Damages:**    $_____

*Go to Question 14.*

**Question 14:** What are Plaintiff Mary Lennox's past and future noneconomic loss, that is, the loss of decedent Jordan Zenka's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

Total: $_____

*Go to Question 15.*

**Question 15:** As to any Defendant for whom you answered "yes" in Question 6 and/or 7, above, do you find by clear and convincing evidence that Defendant acted with malice, oppression, or in reckless disregard of decedent Jordan Zenka's right not to be battered or to interfere with his rights?

| Defendant | Yes | No |
|---|---|---|
| Angel Espinoza | _____ | _____ |
| Jason Finnecum | _____ | _____ |
| John Helmich | _____ | _____ |
| Travis Huckapiller | _____ | _____ |
| Robert Lindner | _____ | _____ |
| Michael Pinola | _____ | _____ |

Case 2:21-cv-02075-DAD-CSK    Document 113    Filed 02/06/25    Page 10 of 10

1 | Michael Simpson    Yes _____    No _____
2 | Joseph Swaleh     Yes _____    No _____
3 | Ruvmin Tsverov    Yes _____    No _____

4 *Go to Question 16.*

**AFFIRMATIVE DEFENSES**

**Question 16:** Did any of the following Defendants act in self-defense or defense of others?

- Angel Espinoza       Yes _____    No _____
- Jason Finnecum       Yes _____    No _____
- John Helmich         Yes _____    No _____
- Travis Huckapiller   Yes _____    No _____
- Robert Lindner       Yes _____    No _____
- Michael Pinola       Yes _____    No _____
- Michael Simpson      Yes _____    No _____
- Joseph Swaleh        Yes _____    No _____
- Ruvmin Tsverov       Yes _____    No _____

*Go to Question 17.*

**Question 17:** Did decedent Jordan Zenka resist a lawful arrest?

Yes _____    No _____

*Please sign and date this form and return it to the Courtroom Deputy.*

Dated: _____          _____
                                    Jury Foreperson

10

Defendants' Joint Proposed Verdict Form (2:21-cv-02075-DAD-CSK)