**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.<br><br>Defendants. | Case No. 2:21-cv-02075-DAD-CSK<br><br>Assigned to:<br>*Honorable Dale A. Drozd*<br>*Honorable Chi Soo Kim*<br><br>**PLAINTIFF'S PROPOSED VOIR DIRE**<br><br>Trial Date:  February 18, 2025<br>Time:  9:00 a.m.<br>Courtroom:  4 |

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

    **PLEASE TAKE NOTICE THAT** Plaintiff hereby submits her [Proposed] Voir Dire Questions.

Respectfully submitted,

DATED: February 11, 2025        LAW OFFICES OF DALE K. GALIPO

        By    /s/ *Dale K. Galipo*
          Dale K. Galipo
          Renee V. Masongsong
          Benjamin Levine
          Attorneys for Plaintiffs

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

Plaintiff hereby respectfully requests the Court to ask the jury panel the following proposed voir dire questions as set forth below:

**Questions re: Drug Bias**

*Plaintiff requests that this Court voir dire the jury on drug or alcohol bias only in the event that the Court denies Plaintiff's motion in limine No. 1 to the extent that it seeks to exclude drug and alcohol evidence.*

1. Do you have any feelings, thoughts, or preconceptions about people who use drugs?
2. Do you think it would be difficult to be fair to both sides if you heard evidence that one of the parties had used drugs?
3. Do you have any particular knowledge or information regarding the effects of drugs on a person?
4. If you heard evidence that one of the parties had used drugs, do you think that you could still find that the officers' conduct was unreasonable?
5. Do you have any feelings, one way or another, about whether a person who uses drugs deserves the same protection from excessive force by police officers as everyone else?
6. Do you have any feelings, thoughts, or preconceptions about people who drink alcohol?
7. Do you think it would be difficult to be fair to both sides if you heard evidence that one of the parties had consumed alcohol?
8. Do you have any feelings, one way or another, about whether a person who drinks alcohol deserves the same protection from excessive force by police officers as everyone else?

**Questions re: Criminal History**

*Plaintiff requests that this Court voir dire the jury on criminal history only in the event that the Court denies Plaintiff's motion in limine No. 1 to the extent that it seeks to exclude evidence of Mr. Zenka's criminal history.*

9. Do you know anyone who has ever been arrested?
10. Do you have any feelings, thoughts, or preconceptions about people who have been arrested?
11. If you heard evidence that one of the parties had previously been arrested, do you think that you could still find that the officers' conduct was unreasonable?
12. Do you have any feelings, one way or another, about whether a person has been arrested deserves the same protection from excessive force by police officers as everyone else?

**Questions re: Peace Officer Bias**

13. Would you be more likely to believe a police officer's testimony over the testimony of a non-police officer?
14. Do you think a police officer who is a defendant in a civil case is capable of testifying falsely under oath?
15. Do you think that a police officer is capable of testifying falsely under oath to support a fellow officer?
16. Are you or any of your family members or close friends current or former government employees or police officers? If yes, what agency and what type of job?
17. Are you or any of your family members or close friends current or former service members in any division or branch of our military? If yes, what division or branch and what type of job?
18. Are you or is anyone you know a current or former police officer? If yes, who, what agency, and how long?
19. Have you or has anyone you know attended or applied to attend any law enforcement academy or basic training?

20. Have you applied to or are you a member of any branch of the armed forces?
21. Have you or anyone you know worked as or applied to work as a firefighter, paramedic, or other type of emergency response personnel?
22. Does anyone feel that police officers have been unfairly portrayed in the media with respect to the use of force?

**Questions re: Juror Connection to Defendants**

23. Have you, a family member, or any of your close friends had any contact or association with the City of Sacramento Police Department or California Highway Patrol, or any of their employees? If so, please describe the circumstances of the contact or association.
    a) If so, would you view the evidence in this case differently because of your past experience with the City of Sacramento Police Department or California Highway Patrol, or any of their employees?
24. Are you or is anyone you know a current or former employee of the City of Sacramento Police Department or the California Highway Patrol? If so:
    a) Who do you know?
    b) What is or was their job?
    c) How long were they employed?
    d) Would you view the evidence in this case differently because of your past experience with the City of Sacramento Police Department or California Highway Patrol, or any of their employees?

**Questions re: Justiciability of Peace Officer Conduct**

25. Do you think that our society should hold police officers liable in court when they violate an individual's constitutional rights?
26. Do you agree that police officers or the entity they work for should pay money damages when they violate an individual's constitutional rights?
27. Do you think that police officers should be able to use as much force as they want when arresting someone?

28. Do you think that our society should restrict the amount of force that police officers can use?

**Questions re: General Juror Bias & Bias Against Actions for Money Damages**

29. Do you think that because the defendants are denying responsibility for this incident, they are probably not responsible?
30. Is there anybody that would hold it against the plaintiffs simply because they have pursued this case to trial?

**Questions re: Bias Against Mental Illness**

31. Do you have any unfavorable impressions of people who are suffering from a potential mental health crisis?
    a. If so, what are they?
    b. Do you think these impressions would affect your ability to be fair in a case involving a person who may be having a potential mental health crisis?
32. Have you or anyone close to you ever taken any courses or training in or worked in the field of mental health or with people who have mental health issues?
33. Have you or anyone close to you ever suffered from a mental health crisis of any kind?
34. Have you or anyone close to you ever engaged in self-harming or intentionally injuring acts?