1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  NORMAN D. MORRISON, State Bar No. 212090
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-7320
6    Facsimile: (916) 322-8288
     E-mail: Diana.Esquivel@doj.ca.gov
7  *Attorneys for Defendants State of California, by and through the
   California Highway Patrol, and Michael Simpson*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARY ELLEN LENNOX,** <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF SACRAMENTO, et al.,** <br><br> Defendants. | No. 2:21-cv-02075 DAD-CSK <br><br> **STATE DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS** <br><br> Trial: February 18, 2025 <br> Time: 9:00 a.m. <br> Courtroom: 4 (15th Floor) <br> Judge: Hon. Dale A. Drozd <br> Action Filed: August 26, 2021 |

Defendants State of California, by and through the California Highway Patrol, and Michael Simpson submit the following proposed voir dire questions for use during jury selection.

Dated: February 11, 2025          Respectfully submitted,

                                  ROB BONTA
                                  Attorney General of California
                                  NORMAN D. MORRISON
                                  Supervising Deputy Attorney General

                                  */s/ Diana Esquivel*

SA2021305171                      DIANA ESQUIVEL
38783817.docx                     Deputy Attorney General
                                  *Attorneys for Defendants State of Cal. and Simpson*

1

<a>
</a>

**General**

1. Will Plaintiff's counsel introduce himself and his client to the panel of prospective jurors?
2. Will defense counsel introduce her and her clients?
3. Does anyone know:
   a. The Plaintiff
   b. The Defendants?
   c. The attorneys?
   d. Any of the witnesses expected to testify in this case?
   e. Any of the court staff that I previously introduced to you?
4. Have you at this time or in the past had any business or other dealings with any of the parties or the attorneys?
5. Do you have any beliefs or feelings toward any of the parties or the attorneys that might be regarded as a bias or prejudice for or against any of them?
6. Do you have any knowledge of the facts or events in this case before coming to the courtroom today? If so, what is the source of that information?
7. Do you have any interest, financial or otherwise, in the outcome of this case?
8. This case may take five to seven days to complete trial. Will any of you find it difficult or impossible to participate for this period of time?
9. Plaintiff will present her side of the case first. Only after the Plaintiff has presented her side of the case will the Defendants have an opportunity to present their side of the case. Please raise your hand if you cannot agree to keep an open mind and make no decision about the evidence or case until after all the evidence has been presented by both sides and I have instructed you regarding the law in this case.
10. Each of you will have to decide who is telling the truth. Please raise your hand if you are unwilling or uncomfortable judging a witness' credibility and making this kind of decision.
11. At the close of this case, the Court will instruct you on the law. It is important that you give use your assurance that you will, without reservation, follow the Court's instructions and


rulings on the law. To put it another way, whether you approve or disapprove of, or agree or disagree with, the Court's rulings or instructions, it is your solemn duty to accept as correct the statements of the law as given to you by the Court. You may not substitute your own idea of what you think the law ought to be or should be. Please raise your hand if you will not be able to follow the law as given to you in this case.

**Background**

12. Please state your name.

13. Please state the city in which you live, including:
    a. How long have you lived there?
    b. Where else have you lived in the past 5 years?

14. Please provide your educational background.

15. Please state your current occupation, including:
    a. How long have you been so employed?
    b. What were your previous occupations, if any?
    c. Do you have any professional licenses?

16. Please provide any military service you have had, including your rank at discharge.

17. Please give us the following information about your family:
    a. If applicable, what is your spouse's/domestic partner's current occupation?
    b. If you have children?
        1) How many?
        2) What ages?
        3) What are their occupations, if any?

18. Are there any other adults living in your household? If so, how are they related to you, and what is their age and occupation?

**Prior Jury/Legal Experience**

19. During the past five years, have any of you served on a jury or been excluded from a jury? If yes:
    a. Was it a civil or a criminal case?

       b.    If civil, what, in general, was the case about?

       c.    Without telling me the outcome, or who won, please tell me whether the jury reached a verdict.

       d.    Were you ever the foreperson?

       e.    Was there anything about your prior jury experience that affects your ability to be a fair and impartial juror in this case if you are selected?

20.   If you served as a juror in a criminal trial, you may have been instructed that the burden of proof was "beyond a reasonable doubt." The Court will instruct you that the burden of proof in this civil case is "by a preponderance of the evidence." This is a different standard for the burden of proof. Please raise your hand if you believe you will have any difficulty applying this standard.

21.   Have you, or has anyone in your immediate family, ever sued someone or been sued by someone? If yes:

       a.    Who (you or a family member) was the party to the case?

       b.    Was the person a plaintiff or a defendant?

       c.    What was the nature of the case?

       d.    Was it tried by jury? Outcome? Do you feel that you or your family member was treated fairly? Do you feel the justice/court system treated you fairly?

22.   Have any of you ever been a witness in state or federal court in any lawsuit, civil or criminal? If yes:

       a.    Did you testify for the plaintiff or the defendant? If yes, did you feel like you were treated fairly by the attorney questioning you?

       b.    What was the nature of the case?

**Legal Experience/Opinions**

23.   Have you, or has anyone in your immediate family, attended law school or had any other training in the law, such as attending a vocational school or program to become a paralegal or legal secretary? If so:

       a.    What type of legal training do you have and any degree or certificate obtained?

4

1              b.      Could you set this training and legal knowledge aside and make your decision
2    based only on the evidence presented at trial?
3         24.    Do any of you have any specific feelings or opinions about lawsuits, lawyers or the
4    parties who bring lawsuits, either positive or negative?
5         25.    Do any of you have any specific feelings about the size of jury awards, either positive
6    or negative?
7         26.    Do any of you generally assume that a lawsuit must be valid, or that the allegations
8    are true, simply because the case makes it to trial?

**Law Enforcement/CHP Experience**

10        27.    Do you or someone close to you have any experience or association with the
11   California Highway Patrol or anyone who works for the California Highway Patrol? Please
12   explain.
13        28.    Have you, or has anyone close to you, ever had a negative experience with the
14   California Highway Patrol or anyone who works for the California Highway Patrol? If yes [*side
15   bar*], please describe what happened and who was involved. Is it possible that those experiences
16   could affect your ability to be a fair and impartial juror in this case given that an officer of the
17   California Highway Patrol is a party in the case?
18        29.    Have you heard anything, good or bad, regarding the reputation of the California
19   Highway Patrol?  If so, please explain.
20        30.    Have any of you read or heard any negative media reports concerning the California
21   Highway Patrol that would impact your ability to be fair to the officer being sued in this case?
22        31.    Do you, a relative, or close friend have any training or work experience in law
23   enforcement? This question is not limited to police officers or sheriff's deputies, but may include
24   correctional officers, probation or parole officers, Marshals, or federal agents.
25              a.      Who is the person with such experience or training?
26              b.      Describe that person's experience to the extent you know.
27              c.      Would this training, knowledge, or experience affect your ability to be a fair
28   and impartial juror?

32. Have any of you, any member of your family, or friends had personal contact with a police officer? If yes, please explain.

33. Do you believe police in your community do a good job?

34. Have you or any member of your family, or any close friend, been arrested or charged with a crime? If so:

    a. Describe what occurred.

    b. Do you have strong feelings about that experience? If so, describe those feelings.

35. Have any of you, any member of your family, or friends ever been the victim of what you thought was police harassment, brutality, or other police misconduct? If yes, please explain.

36. Have any of you ever witnessed an incident that you believe was police brutality, either in person or on a TV or internet video? If so, has it affected your feelings about police officers?

37. Have any of you or anyone close to you ever made a complaint against police officer or against a police department? If so, what was the nature of the complaint?

38. Have any of you ever called law enforcement for help? Were you treated fairly?

39. Do any of you have feelings about whether police are ever justified in shooting a civilian? If yes, please explain.

40. Have you ever participated in an online discussion on a website such as Facebook, Instagram, Reddit, a blog, or an internet comment feed regarding a police shooting? If yes, please explain.

41. Have you ever attended a protest or demonstration relating to police officer misconduct? If yes, please explain.

42. Do any of you have any feelings about police officers which may affect your ability to serve as a fair and impartial juror in this case? If so, please describe those feelings.

43. Do any of you claim to have any special knowledge or expertise with respect to the law relating to investigation, detention, arrest, pursuit, or firearms/weapons by peace officers? If

your answer is yes, what kind of knowledge or expertise do you have and how did you obtain such knowledge or expertise?

44. Did you see the video of the George Floyd incident? Do you believe the force was excessive? Would you be able to set aside your opinions of the George Floyd incident and decide this case based on the facts and evidence presented to you in this trial?

**Public Employee/State of California**

45. Has anyone had any, significant interactions, good or bad, with an agency or employee of the State of California?

46. Does anyone think that a case involving a state employee should be handled differently than a case against a private citizen?

47. Does anyone think that a case involving the State of California or one of its departments or agencies should be handled differently that a case against an individual?

48. Do any of you believe that lawsuits should be brought against the State or one of its departments or agencies?

49. Do any of you believe that the State or one of its departments or agencies should not be allowed to defend itself against a civil lawsuit?

**Medical/Mental Health/Drug Experiences**

50. Do any of you think you will you be influenced if a witness cries on the stand or is emotional when testifying?

51. Do you have any special knowledge or experience in the medical or mental-health field? If so:

    a. What knowledge or experience do you have?

    b. You may hear testimony about the decedent's symptoms and injuries. How will your medical or mental-health knowledge or experience affect your ability to be on this jury and deliberate on this case?

    c. Could you set this knowledge or experience aside and make your decision based only on the evidence presented during the trial?

52. Have you, a family member, or close friend ever had an alcohol or drug addiction? If so:

    a. What is your relationship to that person?

    b. What type of addiction did that person have?

    c. How frequently did you interact with that person during the person's addiction?

    d. Were you involved in that person's recovery or attempted recovery?

    e. How will that experience affect your ability to serve on this jury and deliberate on this case?

53. Have you, or has anyone close to you, ever experienced a mental health crisis or been diagnosed with a mental illness? If yes [*side bar*], please describe. Is it possible that your experience could affect your ability to be an entirely fair and impartial juror in this case if there is evidence that an individual involved in this matter suffered from a mental health crisis or mental illness?

**Closing**

54. Do any of you have any reluctance about serving as a juror?

55. Is there anyone who would feel any reluctance in joining the discussion with the members of the jury during deliberations?

56. Would any of you feel offended if other members of the jury disagreed with your view of the evidence?

57. Would any of you be unwilling to listen to a fellow juror who disagreed with you?

58. Is there anyone who would be unwilling to speak up and try to persuade other members of the jury who disagreed with your view of the evidence?

59. Is there anyone who would be unwilling to change an opinion if, after listening to the arguments of the other members of the jury, you were persuaded that your opinion was wrong?

60. From what you have heard about this case thus far, is there anything that causes you to believe that you cannot be fair and impartial as a juror in this case?

61. Is there anything you have seen or heard so far that you think may affect your ability to be fair and impartial to the parties that you have not told us about up to now?

62. During this period of questions, have you formed any bias or prejudice, for or against, any of the parties or attorneys in this case?

63. Is there anything you would like to discuss in private that you believe will affect your ability to serve as a juror in this case?