**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY ELLEN LENNOX, | No.  2:21-CV-2075-DAD-CSK |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action.  This matter is hereby set for a further settlement conference on February 14, 2025, at 10:00 a.m., before the undersigned in Sacramento, California, Courtroom 10.  Counsel are directed to be accompanied at the conference by authorized representatives with full settlement authority.

IT IS SO ORDERED.

Dated:  February 12, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1