LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Facsimile:  (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; STATE OF CALIFORNIA; MICHAEL PINOLA; MICHAEL SIMPSON; TRAVIS HUNKAPILLER; RUVMIN TSVEROV; ROBERT LINDNER; ANGEL ESPINOZA; JOSEPH SWALEH; JASON FINNICUM; and JOHN HELMICH,<br><br>Defendants. | Case No. 2:21-cv-02075-DAD-CSK<br><br>Assigned to:<br>*Hon. District Judge Dale A. Drozd*<br><br>**PLAINTIFF'S AMENDED [PROPOSED] SPECIAL VERDICT FORM** |

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

 **PLEASE TAKE NOTICE THAT** Plaintiff hereby submits her Amended [Proposed] Special Verdict Form.

Respectfully submitted,

DATED: February 14, 2025   LAW OFFICES OF DALE K. GALIPO

            By   */s/ Dale K. Galipo*
              Dale K. Galipo
              Renee V. Masongsong
              Benjamin S. Levine
              Attorneys for Plaintiff

-2-

We, the jury in the above-entitled action, find the following:

**QUESTION 1:** Did the defendant officer Michael Simpson use excessive or unreasonable force against Jordan Zenka?

_____ YES        _____ NO

*If you answered "yes" to Question 1, please answer question 2. If you answered "no" to Question 1, please proceed to Question 3.*

**QUESTION 2:** Was the use of excessive or unreasonable force against Jordan Zenka by the defendant officer Michael Simpson a cause of harm, injury, damage, or death to Jordan Zenka?

_____ YES        _____ NO

*Please proceed to the next Question.*

**QUESTION 3:** Was the defendant officer Michael Simpson negligent toward Jordan Zenka?

_____ YES        _____ NO

*If you answered "yes" to Question 3, please proceed to Question 4.  If you answered "no" to Question 3, please proceed to Question 8.*

**QUESTION 4:** Was the negligence of the defendant officer Michael Simpson a cause of harm, injury, damage, or death to Jordan Zenka?

_____ YES        _____ NO

*If you answered "yes" to Question 4, please proceed to Question 5. If you answered "no" to Question 4, please proceed to Question 8.*

**QUESTION 5:** Was Jordan Zenka negligent?

_____ YES        _____ NO

*If you answered "Yes" to Question 5, please answer Question 6. If you answered "No" to Question 5, please proceed to Question 8.*

**QUESTION 6:** Was Jordan Zenka's negligence a cause of his harm, injury, damage, or death?

_____ YES        _____ NO

*If you answered "Yes" to Question 6, please answer Question 7. If you answered "No" to Question 6, please proceed to Question 8.*

-3-
PLAINTIFF'S AMENDED [PROPOSED] SPECIAL VERDICT FORM

**QUESTION 7:** What percentage of negligence that was a cause of Jordan Zenka's harm, injury, damage, or death do you assign to the defendant officer Michael Simpson, and what percentage of negligence that was a cause of Jordan Zenka's harm, injury, damage, or death do you assign to Jordan Zenka, if any? (Your total should equal 100%)

   Michael Simpson            _____ %

   Jordan Zenka              _____ %

*If you answered "Yes" to Question 1, please answer Question 8. If you answered "No" to Question 1, please proceed to Question 9.*

**QUESTION 8:** Did the defendant officer Michael Simpson act with reckless disregard for Jordan Zenka's constitutional right to be free from excessive force?

               _____ YES    _____ NO

*If you answered "Yes" to Questions 2, 4, or 8, please answer Question 9. If you answered "No" to Questions 2, 4, and 8, please proceed to Question 10.*

**QUESTION 9:** What are Jordan Zenka's damages for his pre-death pain and suffering and loss of life?

   Pre-death pain and suffering    $_____

   Loss of life            $_____

*Please proceed to the next Question.*

**QUESTION 10:** Did the defendant officer Michael Simpson interfere with Plaintiff Mary Ellen Lennox's right to a familial relationship with her son, Jordan Zenka?

_____ YES        _____ NO

*If you answered "Yes" to Questions 2, 4, or 10, please answer Question 11. If you answered "No" to Questions 2, 4, and 10, please sign and date the verdict form and return it to the Court.*

**QUESTION 11:** What are Plaintiff Mary Ellen Lennox's wrongful death damages for the loss of Jordan Zenka?

      Past wrongful death damages        $_____

      Future wrongful death damages     $_____

*Please sign and date the verdict form and return it to the Court*

Dated: _____                    _____
                                                                        Jury Foreperson