**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SACRAMENTO; STATE OF CALIFORNIA; MICHAEL PINOLA; MICHAEL SIMPSON; TRAVIS HUNKAPILLER; RUVMIN TSVEROV; ROBERT LINDNER; ANGEL ESPINOZA; JOSEPH SWALEH; JASON FINNICUM; and JOHN HELMICH, <br><br> Defendants. | Case No. 2:21-cv-02075-DAD-KJN <br><br> Assigned to: <br> *Honorable Dale A. Drozd* <br> *Honorable Kendall J. Newman* <br><br> **NOTICE OF SETTLEMENT AS TO ALL PARTIES AND CLAIMS; REQUEST TO VACATE ALL DATES** |

Defendants, CITY OF SACRAMENTO and City of Sacramento Police Department Officers MICHAEL PINOLA, TRAVIS HUNKAPILLER, RUVMIN TSVEROV, ROBERT LINDNER, ANGEL ESPINOZA, JOSEPH SWALEH, JASON FINNICUM, and JOHN HELMICH ("City Defendants"), and Defendants STATE OF CALIFORNIA and CHP Officer MICHAEL SIMPSON ("State Defendants"), as well as Plaintiff, MARY ELLEN LENNOX, by and through their attorneys of record, hereby notify this Court of the Parties' Settlement of this entire case, respectfully request that the Court vacate all dates in this matter, and hereby stipulate as follows:

WHEREAS, Plaintiff and the City Defendants have reached an agreement to settle all of Plaintiff's claims against the City Defendants. This settlement agreement between Plaintiff and the City Defendants has been approved by the proper authorities.

WHEREAS, Plaintiff and the State Defendants have also reached an agreement to settle all of Plaintiff's claims against the State Defendants. This settlement agreement between Plaintiff and the State Defendants has been approved by the proper authorities.

WHEREAS, the parties request that all dates and deadlines be vacated, including the trial date, based on the parties' settlement of the entire action.

WHEREAS, the parties further request that the Court maintain jurisdiction over this action to allow time for the parties to consummate the terms of the settlement, including payment of the settlement funds.

IT IS SO STIPULATED.

DATED: February 14, 2025

**LAW OFFICES OF DALE K. GALIPO**

By: \_\_\_\_\_*/s/ Renee V. Masongsong*\_\_\_\_
    Dale K. Galipo
    Renee V. Masongsong
    Benjamin S. Levine
    *Attorneys for Plaintiff*

Dated: February 14, 2025

Rob Bonta
Attorney General of California
Norman D. Morrison
Supervising Deputy Attorney General
*/s/ Diana Esquivel*
Diana Esquivel
Deputy Attorney General
*Attorneys for Defendants State of Cal. and Simpson*

Dated: February 14, 2025

SUSANA ALCALA WOOD,
City Attorney

*/s/ Kate D.L. Brosseau*
KATE D.L. BROSSEAU
Deputy City Attorney
*Attorneys for Defendants the City of Sacramento, Michael Pinola, Travis Hunkapiller, Ruvim Tsverov, Robert Lindner, Angel Espinoza, Joseph Swaleh, Jason Finnecum, and John Helmich*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28