1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo (SBN 144074)
2  dalekgalipo@yahoo.com
   Renee V. Masongsong (SBN 281819)
3  rvalentine@galipolaw.com
   Benjamin S. Levine (SBN 342060)
4  blevine@galipolaw.com
5  21800 Burbank Boulevard, Suite 310
   Woodland Hills, California 91367
6  Telephone:   (818) 347-3333
7  Facsimile:    (818) 347-4118

8  *Attorneys for Plaintiff*

9              **UNITED STATES DISTRICT COURT**
10              **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SACRAMENTO; STATE OF CALIFORNIA; MICHAEL PINOLA; MICHAEL SIMPSON; TRAVIS HUNKAPILLER; RUVMIN TSVEROV; ROBERT LINDNER; ANGEL ESPINOZA; JOSEPH SWALEH; JASON FINNECUM; and JOHN HELMICH, <br><br> Defendants. | Case No. 2:21-cv-02075-DAD-CSK <br><br> Assigned to: <br> *Hon. District Judge Dale A. Drozd* <br> *Hon. Maj. Judge Chi Soo Kim* <br><br> Settlement Judge: <br> *Hon. Maj. Judge Dennis M. Cota* <br><br> **JOINT STATUS REPORT RE SETTLEMENT** |

**TO THE HONORABLE COURT:**

Following the conditional settlement by the parties of this entire case, and per order of the Court, the parties hereby submit this following Joint Status Report re Settlement. [Dkt. 126.]

Prior to a trial of this matter that was scheduled to begin on February 18, 2025, Plaintiff Mary Ellen Lennox reached separate conditional settlements with the City of Sacramento and its officer defendants, and with the State of California and its officer defendant. The settlement with the City of Sacramento defendants has since been approved by the Sacramento City Council, and the documents necessary to effectuate each settlement have been submitted to counsel for each group of defendants.

The parties have agreed that a stipulated dismissal of this entire action will be filed shortly after the receipt of the settlement funds by Plaintiff's counsel. As of March 20, 2025, the City of Sacramento defendants have sent the funds for their settlement via FedEx to Plaintiff's counsel. The State of California defendants anticipate that the funds for their settlement will be remitted to Plaintiff's counsel within 60 days of this filing. Accordingly, to allow further time for consummation of the two settlements reached in this matter, the parties respectfully request that the Court set a new deadline 60 days in the future for the parties to either file the stipulated dismissal or, if both settlements have not been finalized, a further status report.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

DATED: March 21, 2025          LAW OFFICES OF DALE K. GALIPO

                                            */s/ Benjamin S. Levine*
                                            DALE K. GALIPO
                                            RENEE V. MASONGSONG
                                            BENJAMIN S. LEVINE
                                            Attorneys for Plaintiff MARY ELLEN LENNOX

DATED: March 21, 2025          ROB BONTA
                                            Attorney General of California
                                            CHRISTINE E. GARSKE
                                            Supervising Deputy Attorney General

                                            */s/ Diana Esquivel* (as authorized 3/21)
                                            DIANA ESQUIVEL
                                            Attorneys for Defendants STATE OF CALIFORNIA and MICHAEL SIMPSON

DATED: March 21, 2025          CITY OF SACRAMENTO

                                            */s/ Kate D.L. Brosseau* (as authorized 3/21)
                                            SUSAN ALCALA WOOD
                                            SEAN D. RICHMOND
                                            KATE D.L. BROSSEAU
                                            Attorneys for Defendants CITY OF SACRAMENTO, MICHAEL PINOLA, TRAVIS HUNKAPILLER, RUVMIN TSVEROV, ROBERT LINDNER, ANGEL ESPINOZA, JOSEPH SWALEH, JASON FINNECUM, and JOHN HELMICH