LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; STATE OF CALIFORNIA; MICHAEL PINOLA; MICHAEL SIMPSON; TRAVIS HUNKAPILLER; RUVMIN TSVEROV; ROBERT LINDNER; ANGEL ESPINOZA; JOSEPH SWALEH; JASON FINNECUM; and JOHN HELMICH,<br><br>Defendants. | Case No. 2:21-cv-02075-DAD-CSK<br><br>Assigned to:<br>*Hon. District Judge Dale A. Drozd*<br>*Hon. Maj. Judge Chi Soo Kim*<br><br>Settlement Judge:<br>*Hon. Maj. Judge Dennis M. Cota*<br><br>**JOINT STATUS REPORT RE SETTLEMENT** |

**TO THE HONORABLE COURT:**

Following the conditional settlement by the parties of this entire case, and per order of the Court, the parties hereby submit this following Joint Status Report re Settlement. [Dkt. 129.]

Prior to a trial of this matter that was scheduled to begin on February 18, 2025, Plaintiff Mary Ellen Lennox reached separate conditional settlements with the City of Sacramento and its officer defendants, and with the State of California and its officer defendant. Both settlements have since been approved by the relevant governing bodies for the municipal defendants, and the funds from the settlement with the City of Sacramento defendants were received by Plaintiff's counsel in March 2025. A prior Joint Status Report re Settlement filed with the Court on March 21, 2025, stated that the State of California defendants anticipated that the funds for their settlement would be remitted to Plaintiff's counsel within 60 days of that filing. [Dkt. 128.] As of the time of this filing, Plaintiff's counsel have yet to receive these settlement funds.

Counsel for the State Defendants is informed that the settlement package is with the Department of Finance, who will then send the package to the State Controller's Office for issuance of the warrant (check). Neither the California Highway Patrol nor counsel for the State Defendants have any control over the Department of Finance or the State Controller's Office. However, based on counsel's experience, the State agencies strive to complete these types of settlement packages before the end of the fiscal year. For this reason, the State Defendants anticipate that the settlement check will issue before the end of June 2025.

A stipulated dismissal of this entire action will be filed shortly after the receipt of all settlement funds by Plaintiff's counsel. Accordingly, to allow further time for consummation of the settlement reached in this matter between Plaintiff and the State of California defendants, the parties respectfully request that the Court set a new deadline 45 days in the future for the parties to either file the stipulated dismissal or, if the remaining settlement still has not been finalized, a further status report.

Respectfully submitted,

DATED: May 23, 2025				LAW OFFICES OF DALE K. GALIPO

                                                                  */s/ Benjamin S. Levine*
                                                                  DALE K. GALIPO
                                                                  RENEE V. MASONGSONG
                                                                  BENJAMIN S. LEVINE
                                                                  Attorneys for Plaintiff MARY ELLEN LENNOX


DATED: May 23, 2025				ROB BONTA
                                                                  Attorney General of California
                                                                  NORMAN D. MORRISON
                                                                  Supervising Deputy Attorney General

                                                                  */s/ Diana Esquivel* (as authorized 5/21/25)

                                                                  DIANA ESQUIVEL
                                                                  Attorneys for Defendants STATE OF CALIFORNIA and MICHAEL SIMPSON


DATED: May 23, 2025				CITY OF SACRAMENTO

                                                                  */s/ Kate D.L. Brosseau* (as authorized (5/23/25)
                                                                  SUSAN ALCALA WOOD
                                                                  SEAN D. RICHMOND
                                                                  KATE D.L. BROSSEAU
                                                                  Attorneys for Defendants CITY OF SACRAMENTO, MICHAEL PINOLA, TRAVIS HUNKAPILLER, RUVMIN TSVEROV, ROBERT LINDNER, ANGEL ESPINOZA, JOSEPH SWALEH, JASON FINNECUM, and JOHN HELMICH