**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; STATE OF CALIFORNIA; MICHAEL PINOLA; MICHAEL SIMPSON; TRAVIS HUNKAPILLER; RUVMIN TSVEROV; ROBERT LINDNER; ANGEL ESPINOZA; JOSEPH SWALEH; JASON FINNECUM; and JOHN HELMICH,<br><br>Defendants. | Case No. 2:21-cv-02075-DAD-CSK<br><br>*Hon. District Judge Dale A. Drozd*<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>[*Proposed Order filed concurrently herewith*] |

**TO THE HONORABLE COURT:**

   IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff MARY ELLEN LENNOX; Defendants State of California, by and through the California Highway Patrol, and Michael Simpson; and Defendants City of Sacramento, Michael Pinola, Travis Hunkapiller, Ruvim Tsverov, Robert Lindner, Angel Espinoza, Joseph Swaleh, Jason

Finnecum, and John Helmich, by and through their attorneys of record, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). The parties further stipulate and respectfully request that the Court vacate all currently scheduled dates and deadlines in this action.

**IT IS SO STIPULATED.**

DATED: July 1, 2025                LAW OFFICES OF DALE K. GALIPO

                                          */s/ Benjamin S. Levine*
                                      DALE K. GALIPO
                                      RENEE V. MASONGSONG
                                      BENJAMIN S. LEVINE
                                      Attorneys for Plaintiff MARY ELLEN LENNOX

DATED: July 1, 2025                ROB BONTA
                                      Attorney General of California
                                      NORMAN D. MORRISON
                                      Supervising Deputy Attorney General

                                      */s/ Diana Esquivel* (as authorized 6/30/25)
                                      DIANA ESQUIVEL
                                      Attorneys for Defendants STATE OF CALIFORNIA and MICHAEL SIMPSON

DATED: July 1, 2025                CITY OF SACRAMENTO

                                      */s/ Sean D. Richmond* (as authorized 7/1/25)
                                      SUSAN ALCALA WOOD
                                      SEAN D. RICHMOND
                                      KATE D.L. BROSSEAU
                                      Attorneys for Defendants CITY OF SACRAMENTO, MICHAEL PINOLA, TRAVIS HUNKAPILLER, RUVMIN TSVEROV, ROBERT LINDNER, ANGEL ESPINOZA, JOSEPH SWALEH, JASON FINNECUM, and JOHN HELMICH