UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN LENNOX, individually and as successor in interest to decedent Jordan Zenka,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; STATE OF CALIFORNIA; MICHAEL PINOLA; MICHAEL SIMPSON; TRAVIS HUNKAPILLER; RUVMIN TSVEROV; ROBERT LINDNER; ANGEL ESPINOZA; JOSEPH SWALEH; JASON FINNECUM; and JOHN HELMICH,<br><br>Defendants. | Case No. 2:21-cv-02075-DAD-CSK<br><br>**[PROPOSED] ORDER RE: STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

1

**[PROPOSED] ORDER**

Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS FURTHER ORDERED that all previously scheduled dates and deadlines in this action are VACATED.

**IT IS SO ORDERED.**

DATED: _____   _____
Hon. Dale A. Drozd
United States District Judge